IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI GEGE STORE, et al.,<br><br>    Defendants. | Case No. 21-cv-02525<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Beth W. Jantz** |

## STATUS REPORT

Pursuant to this Court's Order [67], Plaintiff Bludgeon Riffola Ltd. ("Plaintiff") submits the following status report regarding jurisdictional discovery.

Plaintiff served its First Set of Interrogatories ("RoGs"), Requests for Admissions ("RFAs"), and Requests for Production ("RFPs") to defendant QiaoBa999 ("Defendant") on July 20, 2021. Defendant's responses were due on August 19, 2021. *See* Fed. R. Civ. P. 33-34, 36. Defendant did not serve responses by the August 19, 2021 deadline.

On September 7, 2021, after the response deadline had elapsed, Defendant served its responses to Plaintiff's RoGs and RFAs. On September 20, 2021, after being compelled by this Court [67], Defendant served its response to Plaintiff's RFPs. Defendant's responses are deficient.

Plaintiff has made numerous attempts to conduct a LR 37.2 meet-and-confer conference, to discuss these deficiencies. However, Defendant remains unwilling to participate. As such, Plaintiff intends to file a further Motion to Compel.

Dated this 6th day of October 2021.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　Isaku M. Begert
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　　ibegert@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Bludgeon Riffola Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to wuaihualihan@yeah.net that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*