# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Bludgeon Riffola Ltd.,

Plaintiff(s),

v.

The Partnerships and Unincorporated Associations Identified on Schedule "A",

Defendant(s).

Case No. 21 C 2525
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Bludgeon Riffola Ltd., and against Defendants Ali Gege Store, et al., in the amount of $200,000.00 per Defendant. Injunctive relief issues as well. This is a Rule 54(b) judgment as to the Defendants listed in this order

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 10/13/2021

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes, Deputy Clerk