# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Bludgeon Riffola Ltd.,

Plaintiff(s),

v.

The Partnerships and Unincorporated Associations Identified on Schedule "A",

Defendant(s).

Case No. 21 C 2525
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Bludgeon Riffola Ltd., and against Defendants Ali Gege Store, et al., in the amount of $200,000.00 per Defendant. Injunctive relief issues as well. This is a Rule 54(b) judgment as to the Defendants listed in this order.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 10/13/2021              Thomas G. Bruton, Clerk of Court

                              /s/ Jackie Deanes , Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALI GEGE STORE, et al., <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

# FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Bludgeon Riffola Ltd. ("Plaintiff" or "Bludgeon Riffola") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the Seller Aliases, with the exception of defendant QiaoBa999 (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of the DEF LEPPARD Trademarks to residents of Illinois. A list of the DEF LEPPARD Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 2,380,436 | DEF LEPPARD | For: musical sound recordings; and pre-recorded phonograph records, compact discs, audio cassettes, and videotapes, all featuring music in class 009. |
| 2,340,115 | DEF LEPPARD | For: entertainment services in the nature of live musical performances in class 041. |
| 3,167,116 | DEF LEPPARD | For: posters, tour books, song books, sheet music, unmounted photographs, printed music books in class 016. |
| 3,147,174 | DEF LEPPARD | For: clothing, namely, t-shirts, sweatshirts, long sleeve t-shirts, baby doll shirts and tank tops in class 025. |
| 3,069,812 | DEF LEPPARD (stylized logo) | For: clothing, namely, t-shirts, sweatshirts, long sleeve t-shirts, baby doll shirts, and tank tops in class 025. |

| | | |
|---|---|---|
| 3,069,813 | DEF LEPPARD | For: entertainment services in the nature of live musical performances; and entertainment services, namely providing prerecorded music, information in the field of music, licensed merchandise, and commentary and articles about music, all online via the internet in class 041. |
| 3,000,420 | DEF LEPPARD | For: posters, tour books, song books, sheet music, unmounted photographs, printed music books in class 016. |
| 3,000,421 | DEF LEPPARD | For: musical sound recordings; pre-recorded phonograph records, compact discs, audio cassettes, videotapes, and DVDs, all featuring music in class 009. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using the DEF LEPPARD Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Def Leppard product or not authorized by Plaintiff to be sold in connection with the DEF LEPPARD Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Def Leppard product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the DEF LEPPARD Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the DEF LEPPARD Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the DEF LEPPARD Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace

platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com") and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the DEF LEPPARD Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit versions of the DEF LEPPARD Trademarks on products sold through at least Defaulting Defendants' Online Marketplaces. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces,, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Eric Gelwicks, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

      c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Eric Gelwicks and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff, is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: October 13, 2021

_____
Gary Feinerman
United States District Judge

Bludgeon Riffola Ltd. v. ALI GEGE STORE, et al. - Case No. 21-cv-02525

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Ali Gege Store | 2 | ItalyNest-Fashion Store |
| 3 | Layor-Fashion Store | 4 | Mamihlapinatapai Store |
| 5 | Megabyte Store | 6 | ST009 Store |
| 7 | 111 Metal Shop | 8 | 2021StartToSell |
| 9 | A1LX0W4BTIKSMY | 10 | A27S9QT5ZD5EEE |
| 11 | A2NX8360UQNZ4G | 12 | A5N6Q4J9OT9SM |
| 13 | AA6PPTVRDR367 | 14 | AiDeQieRuGuSui |
| 15 | AnQingShiZhiKaiDianZiShangWuYouXianGongSi | 16 | asdfzvcxbsdfxc |
| 17 | astgvzcxsa | 18 | ATT0JZ745FR2P |
| 19 | ayo poster | 20 | badfgdsbwsaxvc |
| 21 | baigouxinchengbianwafuzhuangdian | 22 | BCQYWZ |
| 23 | Beautsdf | 24 | bintengmaoyi |
| 25 | boyidianzishangmao | 26 | chenyongshop |
| 27 | chenzhenghaidiyigedian | 28 | chenzhichengshop |
| 29 | ChristomLi Ke | 30 | DCKYXGS |
| 31 | dfsazxcwsdfcxv | 32 | DM Club Decor |
| 33 | Dortmundo | 34 | DYNAMIC TECH LIMITEDDYNAMIC TECH LIMITED |
| 35 | FANCINATE | 36 | fangjiandongdiyigedian |
| 37 | FASHOPER | 38 | FengChunWangLuoKeJiGongZuoShi |
| 39 | Funny&Designer Collection | 40 | guangzhoushi huaduqu meijiwangluo kejiyouxiangongs |
| 41 | GuangZhouTianHeQuKeYongShangMaoYouXianGongSi | 42 | haikoulonghuaquhateyixiubaihuodian |
| 43 | henanshengzanrunjianzhulaowuyouxiangongsi | 44 | HGFDSA store |
| 45 | huizhoushi beihengyi | 46 | huizhoushi huibomei maoyiyouxiangongsi |
| 47 | hxtd64 | 48 | ikwhejghlhm |
| 49 | JAMJLAIM | 50 | JDAFVNE |
| 51 | jiangsufenghuangxinkejimaoyiyouxiangongsi | 52 | jieyangkonggangquxiaoquanbaihuodian |
| 53 | JIJIEJIJIEJIJIE | 54 | JiNan TuoYuanShangMaoYouXianGongSi |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 55 | jinanlixiabobaishangmaozhongxin | 56 | jinjiangquxiachengriyongbaihuodian |
| 57 | DISMISSED | 58 | JinXiangXian JiaLongShangMaoYouXianGongSi |
| 59 | jishoushidengchunfuzhuangdian | 60 | John M Rollins |
| 61 | JSESICA TSOWAN | 62 | kangshuaidianzishangwu |
| 63 | Karmao | 64 | kebin sine |
| 65 | KeLangFangShuiCaiLiao | 66 | Keshu Medical Co., Ltd. |
| 67 | Kzoahep | 68 | Leo Altman's shop |
| 69 | lianchengxianweixinneibaihuodian | 70 | LIANGLIHUA |
| 71 | lipiyiliaoshebeiyouxiangongsi | 72 | LL Fun Art |
| 73 | LongShanSiYeCaoNaiChaDian | 74 | LOSiat Ha |
| 75 | luckylyman | 76 | luoheshiyuanhuiqunangwubaihuopu |
| 77 | MaiTianSHOP. | 78 | manaobaobei |
| 79 | Mashaji | 80 | May Gift Department Store |
| 81 | Mesleitches | 82 | MHNggllm |
| 83 | MINART | 84 | NanJingPuLinDuMaoYiYouXianGongSi 11 |
| 85 | nanpingshijianyangquborangliubaihuodian | 86 | ndafgsdxcvzsdcxvx |
| 87 | ndiigvyrj | 88 | NENGBUNENG |
| 89 | NISAxcv (7-15 Days arrives) | 90 | Nusopy |
| 91 | PM Wall Art Decor | 92 | postertx |
| 93 | putianshihanjiangqufanweibaihuodian | 94 | putianshipengshengmaoyiyouxiangongsi |
| 95 | EXCEPTED | 96 | qidashun |
| 97 | QIMAIQ | 98 | QingDao GuangShenGuoJiShangMaoYouXianGongSi |
| 99 | QiuChangZhuangShi | 100 | QIXIANMANDOUSHANGMAOYOUXIANGONGSI |
| 101 | quanzhoushikukuxingertongyongpinyouxianzerepnfdfr | 102 | sdgcvxzvbsdcvx |
| 103 | shanghaibachaimaoyiyouxiangongsi | 104 | shzdjxy |
| 105 | SKJYAAA | 106 | smdbbl |
| 107 | SongYuanShiShgHongNongJiMaoYiYouXianGongSi | 108 | souhoymh |
| 109 | ssdfgdsfgesfgd | 110 | DISMISSED |
| 111 | sunshine129 store | 112 | Taiyi trade |
| 113 | Tanwpn - US Stock | 114 | The-Night |
| 115 | TianQiaoQuGuiYingShiPinShangDian | 116 | TieYee |
| 117 | Tony Kevin | 118 | vsmaa |
| 119 | weidazhongbaohandidiao | 120 | WeiFangXingNuoSheHuiJingJiZiXunYouXianGongSi |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 121 | Womens Dresses -YIISU | 122 | wuguangzeshop |
| 123 | xiamenmingjiaowangluokejiyouxiangongsi | 124 | XIANYOUYOU SHOP |
| 125 | xiaoyudd | 126 | Xinda Runze Biological |
| 127 | xuchangpurangshangmaoyouxiangongsi | 128 | xuchangyangaoshangmaoyouxiangongsi |
| 129 | xuzhouqiuyaojiajuyouxiangongsi | 130 | YangWangShangMao |
| 131 | yongdingquchengsinibaihuodian | 132 | yunxiangmaoyi |
| 133 | YuWuShangMao | 134 | zhang lifa |
| 135 | zhangJiaKouZhengZhengRiShangCanYinFuWuYouXianGongS | 136 | ZhangXF |
| 137 | ZhangZhongZheng | 138 | zheng zhou she ku shang mao you xian gong si |
| 139 | zhenglindedian | 140 | ZhEnM |
| 141 | zxcvsdcxzcx | 142 | AAdevincol |
| 143 | AdaBerthapSyF | 144 | Alyse Garner |
| 145 | Amarantayya | 146 | astorgapatrick |
| 147 | BBradle | 148 | BHedyKe |
| 149 | BradyNinabApWdW | 150 | chenmengna71505 |
| 151 | chenyinhai1234 | 152 | CikanghuilanvD |
| 153 | Denny Price | 154 | douyuchen45766 |
| 155 | finevew | 156 | flybirdxx |
| 157 | Francis Ramirez | 158 | Frank}yy |
| 159 | Graciela Harris | 160 | huanghongkai30964 |
| 161 | huangqingge123 | 162 | hushuqin90458 |
| 163 | jacob veenstra | 164 | JiunashuokZ |
| 165 | JodieEdisondSrWeR | 166 | Justin Minnich |
| 167 | kongchuiting99 | 168 | Kou Chun Yu |
| 169 | Kristin Davis | 170 | ladoew |
| 171 | lishun123 | 172 | liuanxin |
| 173 | lizheng5566 | 174 | LuchenyoufXo |
| 175 | manqiuxiang66058 | 176 | Mary Jarrell |
| 177 | MeibacaichejWh | 178 | Mobility Stock Trading |
| 179 | NaopanyanrU | 180 | Nathan Mitchell |
| 181 | neauslaonnu | 182 | nihen28 |
| 183 | nmcjdhfsfs | 184 | Palmera |
| 185 | pat craft | 186 | qanli159374 |
| 187 | qusongjie | 188 | Robert Duran jr |
| 189 | Robert Smith54 | 190 | roosevelthayes849 |
| 191 | ShanyouyeyiqR | 192 | ShashinanyiiDy |
| 193 | SixuanlaokKe | 194 | sunweijia7890 |
| 195 | sunyang5667 | 196 | TanghuaixunrB |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 197 | TSHGKELTKGdfgerQ | 198 | tubjhfu446 |
| 199 | vbnhgxmxfg | 200 | vikiswaniawski |
| 201 | wangfenxiang | 202 | wanghuwei7146 |
| 203 | wangjiaxin23 | 204 | wangyuan1234 |
| 205 | wuyujie9437 | 206 | xionghanyang1562 |
| 207 | xiupong | 208 | xuzhiqiang1870 |
| 209 | yangdongyang0802 | 210 | yangjunxia Store |
| 211 | yangxingyu2219 | 212 | Yeyabin2659 |
| 213 | YifeixiejiaowO | 214 | YihuancaieM |
| 215 | Yimeiguan258 | 216 | YuanzhanchuanglanfNo |
| 217 | yukexin4546565 | 218 | YunyiqiaohV |
| 219 | zhangpei163 | 220 | zhanyou |
| 221 | ZhaonuojiwW | 222 | zhengqiqanju |
| 223 | zhouliliya1120 | 224 | Zzdeldv |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/911115014 | 2 | aliexpress.com/store/911873323 |
| 3 | aliexpress.com/store/911754250 | 4 | aliexpress.com/store/4187020 |
| 5 | aliexpress.com/store/5784465 | 6 | aliexpress.com/store/5779991 |
| 7 | amazon.com/sp?seller=A3429CD318AWTK | 8 | amazon.com/sp?seller=A31KKHVSRHGKAA |
| 9 | amazon.com/sp?seller=A1LX0W4BTIKSMY | 10 | amazon.com/sp?seller=A27S9QT5ZD5EEE |
| 11 | amazon.com/sp?seller=A2NX8360UQNZ4G | 12 | amazon.com/sp?seller=A5N6Q4J9OT9SM |
| 13 | amazon.com/sp?seller=AA6PPTVRDR367 | 14 | amazon.com/sp?seller=A2M86D0W2CZ95C |
| 15 | amazon.com/sp?seller=A2JXFLM4XJC8CX | 16 | amazon.com/sp?seller=A2SQ4M4H4A5OE3 |
| 17 | amazon.com/sp?seller=AGYN1J4JYOMRQ | 18 | amazon.com/sp?seller=ATT0JZ745FR2P |
| 19 | amazon.com/sp?seller=A1KU7DJYRDMUL1 | 20 | amazon.com/sp?seller=A2SGTSWOE5EMWA |
| 21 | amazon.com/sp?seller=A133UNC5UXUJMO | 22 | amazon.com/sp?seller=A39C94A1EZDA8H |
| 23 | amazon.com/sp?seller=AO4HMGQU5OQFH | 24 | amazon.com/sp?seller=A3JHEVH1FH46I2 |
| 25 | amazon.com/sp?seller=A2EKIICEO3EWSA | 26 | amazon.com/sp?seller=A2AJ4W9W001PSG |
| 27 | amazon.com/sp?seller=A1AEMZFKXTXY3R | 28 | amazon.com/sp?seller=ABIBGRORWTJ0B |
| 29 | amazon.com/sp?seller=A17UNY38NVFWSS | 30 | amazon.com/sp?seller=A2E5AY07O0H1P |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 31 | amazon.com/sp?seller=A2OJME083VJOJG | 32 | amazon.com/sp?seller=A3A6XHI9VCCGKO |
| 33 | amazon.com/sp?seller=A3BNZ49A9USJ7F | 34 | amazon.com/sp?seller=A2PYFMD8TN4DYI |
| 35 | amazon.com/sp?seller=A2E0EPP4HUHUXK | 36 | amazon.com/sp?seller=A2BL6VZOU24N33 |
| 37 | amazon.com/sp?seller=A1QFE35ZRVGKUJ | 38 | amazon.com/sp?seller=A2FSPBTP6NHH1L |
| 39 | amazon.com/sp?seller=AYCO1HP58ZKAU | 40 | amazon.com/sp?seller=AMDDKCLDIY3N3 |
| 41 | amazon.com/sp?seller=A3GL7J3PP5X34V | 42 | amazon.com/sp?seller=A3R0KW8GO91N5X |
| 43 | amazon.com/sp?seller=A3BY6WXP9CPIGQ | 44 | amazon.com/sp?seller=AG9BYWKNWSRC5 |
| 45 | amazon.com/sp?seller=A3CZCCL4FG58QG | 46 | amazon.com/sp?seller=A2F7994HNAWE72 |
| 47 | amazon.com/sp?seller=AX6MI1F8HWZ4L | 48 | amazon.com/sp?seller=A321FPOY7S0I32 |
| 49 | amazon.com/sp?seller=A3PP5858EMUCXF | 50 | amazon.com/sp?seller=AGTV08BU5VARV |
| 51 | amazon.com/sp?seller=A1NSHZL3MA4808 | 52 | amazon.com/sp?seller=A34CIWF1TCN8VI |
| 53 | amazon.com/sp?seller=A21NNMZRPY7LXM | 54 | amazon.com/sp?seller=A2QTEN67ENVTPA |
| 55 | amazon.com/sp?seller=A1O95GO5DWCZA4 | 56 | amazon.com/sp?seller=AKVWB82EJ6SI3 |
| 57 | DISMISSED | 58 | amazon.com/sp?seller=AIOYACXP5DXSE |
| 59 | amazon.com/sp?seller=A1YGNFJWUUKZXX | 60 | amazon.com/sp?seller=A244B1NEB18EQV |
| 61 | amazon.com/sp?seller=A2GX8KV9Z2RNSM | 62 | amazon.com/sp?seller=A1LUEXGKWAAJK0 |
| 63 | amazon.com/sp?seller=A11GGVMBMW8F4H | 64 | amazon.com/sp?seller=AJOMJE7WEA3CJ |
| 65 | amazon.com/sp?seller=A1MYP1E5OOUJ0R | 66 | amazon.com/sp?seller=A2OT3VKQRDKGWY |
| 67 | amazon.com/sp?seller=A1RVM8KGAPYCBP | 68 | amazon.com/sp?seller=A1PKB0VJ36H2GT |
| 69 | amazon.com/sp?seller=AYDTAM41CNSZL | 70 | amazon.com/sp?seller=A1EJT03NYGNLWX |
| 71 | amazon.com/sp?seller=A389SA9PEJG66W | 72 | amazon.com/sp?seller=A16L4FVSM1C702 |
| 73 | amazon.com/sp?seller=A3ULMSS5S3JD2H | 74 | amazon.com/sp?seller=A3C4A2VIPMPJHI |
| 75 | amazon.com/sp?seller=A5IV86F9WASIK | 76 | amazon.com/sp?seller=A9DCO2TCF8IY6 |
| 77 | amazon.com/sp?seller=A39XGQV114OZCZ | 78 | amazon.com/sp?seller=A3UN9GCW3V8TTB |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 79 | amazon.com/sp?seller=A386K1I0U3WQXV | 80 | amazon.com/sp?seller=A3R4CM9RD461Z7 |
| 81 | amazon.com/sp?seller=A1PFGGMNXVD2LP | 82 | amazon.com/sp?seller=AB2T6VKOXCJ0A |
| 83 | amazon.com/sp?seller=A2M2IZO3R6Q5SF | 84 | amazon.com/sp?seller=A1PY4X2UFISLDK |
| 85 | amazon.com/sp?seller=A3JWNZYRW0ZBK7 | 86 | amazon.com/sp?seller=A3KE8V25KEB4PV |
| 87 | amazon.com/sp?seller=ACS136ZCWGLWR | 88 | amazon.com/sp?seller=AR7KA7QI9UNH1 |
| 89 | amazon.com/sp?seller=A27SO81ZF70PBU | 90 | amazon.com/sp?seller=A99WE029OZA1O |
| 91 | amazon.com/sp?seller=AT279F7KVYFMH | 92 | amazon.com/sp?seller=A2IN2Z1PWP65KS |
| 93 | amazon.com/sp?seller=A3QOX603QQ5UO7 | 94 | amazon.com/sp?seller=AATXW8I6RUDJH |
| 95 | EXCEPTED | 96 | amazon.com/sp?seller=A1UM0GV5QXVHJ3 |
| 97 | amazon.com/sp?seller=A1DP4KD3N5HKAN | 98 | amazon.com/sp?seller=A1ZBL29V91429C |
| 99 | amazon.com/sp?seller=AIHUR7EAZT59B | 100 | amazon.com/sp?seller=AAQ7XKK67YMUY |
| 101 | amazon.com/sp?seller=A2Y1QWONU9F3WU | 102 | amazon.com/sp?seller=A1HSK21CXCLUTQ |
| 103 | amazon.com/sp?seller=A2CHHFVXNRVV5G | 104 | amazon.com/sp?seller=A20SU9H523SVGJ |
| 105 | amazon.com/sp?seller=A30M7FNCQVBQJB | 106 | amazon.com/sp?seller=A1RNZV40OC9DWP |
| 107 | amazon.com/sp?seller=A2XPQ69SBQRBQ | 108 | amazon.com/sp?seller=A2SD12XPCXQXN9 |
| 109 | amazon.com/sp?seller=A2PR27KIWTFL7P | 110 | DISMISSED |
| 111 | amazon.com/sp?seller=A1LWFKRBTOCRKG | 112 | amazon.com/sp?seller=A2O5VGTGWJ2JLX |
| 113 | amazon.com/sp?seller=A2ERC1IX8E93BX | 114 | amazon.com/sp?seller=A23H4KWPGBUKBS |
| 115 | amazon.com/sp?seller=A7LUE394IC8XA | 116 | amazon.com/sp?seller=A30OT1KYWRKM4R |
| 117 | amazon.com/sp?seller=A10YX4A6E1HE81 | 118 | amazon.com/sp?seller=A31AQOZ54WUWXK |
| 119 | amazon.com/sp?seller=AHC03PAF80WAY | 120 | amazon.com/sp?seller=A9GEXD0H1F8DH |
| 121 | amazon.com/sp?seller=AGKXCV86IEF2H | 122 | amazon.com/sp?seller=A9KFGLTM7OH2X |
| 123 | amazon.com/sp?seller=ARE41G4SYEP5U | 124 | amazon.com/sp?seller=A2X1K0VK0H95UV |
| 125 | amazon.com/sp?seller=APHTODBJQNRAM | 126 | amazon.com/sp?seller=A3BF4WB7T43QIE |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 127 | amazon.com/sp?seller=A3ROSTKOPLD6ZN | 128 | amazon.com/sp?seller=A3GXLXKAOR7L6K |
| 129 | amazon.com/sp?seller=A2ZHLZDY5DUH7E | 130 | amazon.com/sp?seller=A3VH8CPWMBAXUD |
| 131 | amazon.com/sp?seller=A2ZZDHAP66T6VB | 132 | amazon.com/sp?seller=AFNEB8TYKFN96 |
| 133 | amazon.com/sp?seller=AYDL2CR7CXILG | 134 | amazon.com/sp?seller=AOLFFNGDVA3N |
| 135 | amazon.com/sp?seller=AFUWNB6DRIWCX | 136 | amazon.com/sp?seller=A35VIW2HZEPWSV |
| 137 | amazon.com/sp?seller=A1LGQ6WUFTSSED | 138 | amazon.com/sp?seller=A3OPLBVTRP7K3 |
| 139 | amazon.com/sp?seller=A3DN1XI6SBN7QQ | 140 | amazon.com/sp?seller=A19B3AOBCY1G24 |
| 141 | amazon.com/sp?seller=A22G3WM5A18JOC | 142 | wish.com/merchant/5e842580cb11ecbac2a216da |
| 143 | wish.com/merchant/5e8ee8ccc065a228e065a9c8 | 144 | wish.com/merchant/5e8969cc29e7864d8820b365 |
| 145 | wish.com/merchant/5ea0111b9bf44bd20b80cfa5 | 146 | wish.com/merchant/5fd33bba10b6842e1534453c |
| 147 | wish.com/merchant/5e9005a12481274ee3ed51d9 | 148 | wish.com/merchant/5e8d391c9a04c07e4f6a653e |
| 149 | wish.com/merchant/5e819903a758298f657ab488 | 150 | wish.com/merchant/60497a6ba9491510b23e9754 |
| 151 | wish.com/merchant/5fa9fc9adef3bd003e605c3b | 152 | wish.com/merchant/5e6dcf9f57af09380f60d2ef |
| 153 | wish.com/merchant/5e9059a9ed70bc98d6345ce5 | 154 | wish.com/merchant/60347f194949c73a75bf4bcb |
| 155 | wish.com/merchant/5e74589b7f52691104d95850 | 156 | wish.com/merchant/5adee9ab771731225540b54 |
| 157 | wish.com/merchant/5e882cd9c77ae3a918b1f0cb | 158 | wish.com/merchant/5e98009de68de804692e2bb4 |
| 159 | wish.com/merchant/5e89c50cc77ae33c13b1ef16 | 160 | wish.com/merchant/5fa359d08176670bafbe26b9 |
| 161 | wish.com/merchant/5fc9d68e08134c501d821933 | 162 | wish.com/merchant/6055995d0afdac5ea21b50da |
| 163 | wish.com/merchant/5e8df05220c9b7fc1817f3b5 | 164 | wish.com/merchant/5e6cb213b274846ef3c1439c |
| 165 | wish.com/merchant/5ea2b27a9dffbe7af502b9b8 | 166 | wish.com/merchant/5e786090c77ea6747b4b4710 |
| 167 | wish.com/merchant/5ffc1534fba0f23d419983c6 | 168 | wish.com/merchant/5b9884329e83f120165ef282 |
| 169 | wish.com/merchant/5e97314acb003138b80aacc2 | 170 | wish.com/merchant/5e6e006b4f421059dc67c368 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 171 | wish.com/merchant/5f42168fc8e8b0067977a6b8 | 172 | wish.com/merchant/5ff584f4067b9d43f9ff396f |
| 173 | wish.com/merchant/5f86c10d4227f8a0b25fc06b | 174 | wish.com/merchant/5e6ccdc2eb2b334bc0766392 |
| 175 | wish.com/merchant/5fffb185095447160317ebc8 | 176 | wish.com/merchant/5e87f32329e7867ec620b280 |
| 177 | wish.com/merchant/5e6cdcb657af098f2260d26f | 178 | wish.com/merchant/600e870774b63e004535573c |
| 179 | wish.com/merchant/5e6cc7765510407d25a3907c | 180 | wish.com/merchant/5e79ba0dcc40b617a1356d02 |
| 181 | wish.com/merchant/5e945daf7fbade88a8bd9408 | 182 | wish.com/merchant/5ffea9cfc4d8411cf5a7bbe9 |
| 183 | wish.com/merchant/5f59f2f229e3eecc9610d783 | 184 | wish.com/merchant/5e6081f8d0e9afe728142ed4 |
| 185 | wish.com/merchant/5e8efe4fc23562003b222cf2 | 186 | wish.com/merchant/60360022c464161c1563b088 |
| 187 | wish.com/merchant/5e745d0f62e46e1e78736124 | 188 | wish.com/merchant/5e8eb8e5d54a7502606af8c8 |
| 189 | wish.com/merchant/5e83f739ff14ef47c030cc2f | 190 | wish.com/merchant/5e8da1e0f40f254e594a0474 |
| 191 | wish.com/merchant/5e6cc9735510407e5da390f5 | 192 | wish.com/merchant/5e6caf4a6bab200682b7f471 |
| 193 | wish.com/merchant/5e6cbd4857af09030062bfe6 | 194 | wish.com/merchant/600938a3cf96dc2702930908 |
| 195 | wish.com/merchant/5ffc2efdd448c361ac14bb0f | 196 | wish.com/merchant/5e6ca86ab27484677dc1454f |
| 197 | wish.com/merchant/5e60c72aec5cd32d25413000 | 198 | wish.com/merchant/5e85a1ef8fb68151c495bdbf |
| 199 | wish.com/merchant/5e796936a7357e22c6d27f69 | 200 | wish.com/merchant/5eb1dda371eb672c650e3e95 |
| 201 | wish.com/merchant/5e70784e7999e062a0b30008 | 202 | wish.com/merchant/5fd5e1c1e69fe89de03a5aca |
| 203 | wish.com/merchant/5ffeb87bdcbc050bc7d36e9b | 204 | wish.com/merchant/5fc86f3807e5bf64af13738d |
| 205 | wish.com/merchant/5fc8902a4d59ba18b6818c4c | 206 | wish.com/merchant/5fc4bccb3b5620358ee14ccd |
| 207 | wish.com/merchant/5e74a6bc7f52693580d9e0c2 | 208 | wish.com/merchant/5fd70dd8c44130a070d2c718 |
| 209 | wish.com/merchant/5fd6fac0caefcc0042cad1b9 | 210 | wish.com/merchant/5f79714111914789cb295454 |
| 211 | wish.com/merchant/5fc9f44265c94a2bb3dd4f31 | 212 | wish.com/merchant/5fd721f1d8cf0cb83b3e094c |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 213 | wish.com/merchant/5e6cbb7f4f4210739167c39d | 214 | wish.com/merchant/5e6ce86c5510400e00a54ddc |
| 215 | wish.com/merchant/5fe564f96d106386e23ea10f | 216 | wish.com/merchant/5e6cc4296bab207d8ab64ced |
| 217 | wish.com/merchant/5fc9d97b4e98ac0c6748d669 | 218 | wish.com/merchant/5e6cf11b1e19859dd22352b1 |
| 219 | wish.com/merchant/5e65b2c61c32cb47c0144cdd | 220 | wish.com/merchant/5e62210975e6d71c013aa2b0 |
| 221 | wish.com/merchant/5e6ccb3fb27484825ec14355 | 222 | wish.com/merchant/5e6729e85a3e1f440d8faa49 |
| 223 | wish.com/merchant/6048459a129a513379bc1546 | 224 | wish.com/merchant/5e830f096f26ee7f57f7c7f3 |