# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bludgeon Riffola Ltd.

                      Plaintiff,

v.

                      Case No.: 1:21−cv−02525

                      Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 1, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for entry of consent judgment as to Defendant QIAOBA999 [72] is granted. Enter consent judgment. The status hearing set for 11/5/2021 [69] is stricken. Motion to dismiss [44] is denied as moot. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.