# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> QIAOBA999, <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

## CONSENT JUDGMENT

This action having been commenced by Plaintiff Bludgeon Riffola Ltd. ("Bludgeon Riffola" or "Plaintiff") against defendant QiaoBa999 ("Defendant"). Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendant since Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Defendant has targeted sales to Illinois residents by setting up and operating the Amazon store QiaoBa999 ("Defendant's Amazon Store") that targets United States consumers through at least Defendant's Amazon Store, offers shipping to the United States, including Illinois, accepts payment in U.S. dollars, and has sold products using infringing and counterfeit versions of the DEF LEPPARD Trademarks (a non-exclusive list of which is included in the chart below) to residents of Illinois.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 2,380,436 | DEF LEPPARD | For: musical sound recordings; and pre-recorded phonograph records, compact discs, audio cassettes, and videotapes, all featuring music in class 009. |
| 2,340,115 | DEF LEPPARD | For: entertainment services in the nature of live musical performances in class 041. |
| 3,167,116 | DEF LEPPARD | For: posters, tour books, song books, sheet music, unmounted photographs, printed music books in class 016. |
| 3,147,174 | DEF LEPPARD | For: clothing, namely, t-shirts, sweatshirts, long sleeve t-shirts, baby doll shirts and tank tops in class 025. |
| 3,069,812 | *DEF LEPPARD (stylized logo)* | For: clothing, namely, t-shirts, sweatshirts, long sleeve t-shirts, baby doll shirts, and tank tops in class 025. |
| 3,069,813 | *DEF LEPPARD (stylized logo)* | For: entertainment services in the nature of live musical performances; and entertainment services, namely providing prerecorded music, information in the field of music, licensed merchandise, and commentary and articles about music, all online via the internet in class |

| | | |
|---|---|---|
| | | 041. |
| 3,000,420 | DEF LEPPARD | For: posters, tour books, song books, sheet music, unmounted photographs, printed music books in class 016. |
| 3,000,421 | DEF LEPPARD | For: musical sound recordings; pre-recorded phonograph records, compact discs, audio cassettes, videotapes, and DVDs, all featuring music in class 009. |

IT IS HEREBY ORDERED that:

1. Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with Defendant be permanently enjoined and restrained from:

    a. using the DEF LEPPARD Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Def Leppard product or not authorized by Def Leppard to be sold in connection with the DEF LEPPARD Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Def Leppard product or any other product produced by Def Leppard, that is not Def Leppard's or not produced under the authorization, control or supervision of Def Leppard and approved by Def Leppard for sale under the DEF LEPPARD Trademarks;

    c. further infringing the DEF LEPPARD Trademarks and damaging Def Leppard's goodwill; and

3

    d.    manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Def Leppard, nor authorized by Def Leppard to be sold or offered for sale, and which bear any of Def Leppard's trademarks, including the DEF LEPPARD Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.    Plaintiff is awarded damages from Defendant in the amount of one hundred and fifty thousand dollars ($150,000) for willful use of counterfeit versions of the DEF LEPPARD Trademarks on products sold through at least Defendant's Amazon Store.

3.    All monies, up to the above identified damages award, in Defendant's financial accounts, including monies held by Amazon Pay, are hereby released to Plaintiff as payment of the above-identified damages, and Amazon Pay is ordered to release to Plaintiff the amounts from Defendant's financial accounts within ten (10) business days of receipt of this Order.

4.    This case is dismissed with prejudice.

5.    Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: November 1, 2021

_____
Gary Feinerman
United States District Judge