IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALI GEGE STORE, et al., <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Bludgeon Riffola Ltd. ("Plaintiff" or "Bludgeon Riffola"), by its counsel, respectfully requests that it be given leave to file Plaintiff's Response in Opposition to Defendant Womens Dresses-YIISU's Motion to Vacate [Default] Judgment Order ("Plaintiff's Response") in excess of 15 pages. Specifically, Plaintiff requests seven additional pages (22 total pages) so that it can fully analyze and cover each of the five sections of Defendant's Motion, including personal jurisdiction. As such, Plaintiff respectfully requests that it be granted leave to file a brief with 22 total pages.

1

Dated this 18th day of March 2022.　　　Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the parties of record in this case, including Defendant Womens Dresses -YIISU.

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*