IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALI GEGE STORE, et al., <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

**Declaration of Isaku M. Begert**

**DECLARATION OF ISAKU M. BEGERT**

I, Isaku M. Begert, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Bludgeon Riffola Ltd. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Defendant Womens Dresses -YIISU's ("Defendant") filings [78] and [88], attached hereto as **Exhibit 1**, share a number of common unique identifiers. For example, PDF metadata for each of these files identifies the author as "GA310" and that the files were created using Neevia PDF Stamp v4.0. The metadata for filings [78] and [88] are shown in Figures 1 and 2 below, respectively. The filings have the same look and feel, including the use of the Calibri font and a center-aligned signature block that explicitly points out that Defendant is a *pro se* litigant. Despite purportedly being a *pro se* litigant, the documents refer to Defendant in the third person. The documents also read like they were drafted by a lawyer with legal training, including citations to specific U.S. statutes and unpublished cases.

*Figure 1 – Metadata for Docket No. 78*



*Figure 2 – Metadata for Docket No. 88*

3. Plaintiff's investigation has identified documents filed on behalf of sixteen other "*pro se*" defendants in eleven cases that have these same unique identifiers. PDF metadata for each of the eleven other "*pro se*" filings show that they were also authored by "GA310" and created using Neevia PDF Stamp v4.0. Each of these filings has other similar features, including font, layout, center-aligned signature blocks, and referring to defendants in the third person. Some of the signature blocks also explicitly point out that the defendant is a

*pro se* litigant. **Exhibit 2** attached hereto is a true and correct copy of the *pro se* filings and **Exhibit 3** attached hereto is a true and correct copy of screenshots of the PDF metadata.

| No. | NDIL Case No and Docket No. | Filing | Defendant Name |
|---|---|---|---|
| 1 | 21-cv-05331 [60] | Opposition To Plaintiff's Motion For Default Judgment | Athli, Frroy and LierTOUR |
| 2 | 21-cv-05331 [62] | Response to Plaintiff's Motion For Default Judgment and Complaint | chuyanxi |
| 3 | 21-cv-05339 [45] | Reply to plaintiff's response | Di Long |
| 4 | 21-cv-05339 [55] | Motion To Modify Judgment Order | HAOCHEN |
| 5 | 21-cv-06162 [38] | Opposition To Plaintiff's Motion For Preliminary Injunction Order | JOLLGII |
| 6 | 21-cv-05331 [28] | Opposition to plaintiff's motion to extend temporary restraining order | Keeplus2021 |
| 7 | 21-cv-05331 [63] | Answer to plaintiff's complaint | Lin Qinlan, Athli, Frroy and LierTOUR |
| 8 | 22-cv-02450 [34] | Opposition To Plaintiff's Motion for Preliminary Injunction Order | Luo Dan |
| 9 | 21-cv-05331 [36] | Motion for relief | MANmanDanta |
| 10 | 22-cv-02705 [38] | RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION ORDER | drindf |
| 11 | 22-cv-01172 [36] | Opposition To Plaintiff's Motion for Preliminary Injunction Order | Kingspinner 715 days |

4. Prior to filing the Motion to Vacate Judgment Order [78], Defendant contacted Plaintiff's counsel using email address dekanhuan55819@163.com, but also included the email address cdzvrbxtg@yeah.net. The email address cdzvrbxtg@yeah.net was also used by defendant HAzhenha that appeared in NDIL Case No. 21-cv-05339. Figure 3 below is a

5

true and accurate copy of a screenshot of the email from Defendant, while Figure 4 below is a true and accurate copy of a screenshot of the email from defendant HAzhenha.



*Figure 3*

*Figure 4*

5. Defendant has also contacted Amazon multiple times seeking release of its account. Plaintiff's attorneys have either been copied on or forwarded copies of these emails. In sending these emails, Defendant was knowledgeable enough to direct the email to Amazon's outside counsel that processes such court orders, including one of the specific paralegals that handles such

6

requests. Figure 5 below is a true and accurate copy of screenshots of emails from Defendant to Amazon's outside counsel, which were forwarded to Plaintiff's counsel.



*Figure 5*

6. Other defendants listed in Table 1, all of which are directly connected to Defendant based on unique metadata, have sent similar emails directly to Amazon's outside counsel. Plaintiff's attorneys have either been copied on or forwarded copies of these emails. For example, Defendant 11 (Kingspinner 715 days) sent emails directly to Amazon's outside counsel from email address ipcounsel@yeah.net ("ip" is a common abbreviation for intellectual property). The same ipcounsel@yeah.net email address similarly contacted Amazon's outside counsel for twelve different defendants in NDIL Case No. 21-cv-05863. Figures 6 and 7 below are true and accurate copies of screenshots of these emails.

**From:** Adam <ipcounsel@yeah.net>
**Sent:** Wednesday, April 20, 2022 6:39 AM
**To:** AmazonTROs <AmazonTROs@dwt.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@dwt.com>
**Subject:** Request to release/Case No:22-cv-1172/Nike, Inc v. Does/Northern District Court in Illinois.

[EXTERNAL]

Good Morning ▓▓▓ -

We are writing to inform you that the TRO against the defendant below expired on **April 19,2022 at Noon Central Time.** Please see attached. Therefore, we respectfully request you to follow the Court Order to release the store from TRO.

| Seller Name | Account |
|---|---|
| Kingspinner | A3KXYZ0M5Q5YW4 |

Please let us know if you have any questions and/or if there is anything else you may need.

Kind regards,

Adam

*Figure 6*

From: Adam <ipcounsel@yeah.net>
Sent: Tuesday, April 19, 2022 7:00 AM
To: AmazonTROs <AmazonTROs@dwt.com>
Subject: Request to release/Case No:21-cv-5863/PEANUTS WORLDWIDE LLC v.Does/Northern District Court in Illinois.

[EXTERNAL]

Good Morning ▓▓▓

We have reached settlement agreements as to these stores below. Plaintiff has dismissed these defendants from the lawsuit on **January 21, 2022**, please see attached, however, these stores haven't been released, could you please follow up on the matter.

| Def No. | Seller Name | Account | Withdrawal Date |
|---|---|---|---|
| 112 | Wear-DOY | A2YNMWKAOZTIB3 | January 21, 2022 |
| 123 | yangqiangrto | A35H7PBAMF1HG5 | January 21, 2022 |
| 139 | justHIGH | A3GFCUZSUT2EUY | January 21, 2022 |
| 141 | Wirziis Fashion US7-16 Days Delivery | A3I7AMG8SMET6J | January 21, 2022 |
| 170 | Hodudu-US Store | AHQNJ4QPVDASC | January 21, 2022 |
| 187 | XXYQSMYXGS | AT2DONXC9SX92 | January 21, 2022 |
| 92 | Viadha | A2DT1N4VQHK1K4 | January 21, 2022 |
| 32 | SAINGACE | A13AM3NT30UQQF | January 21, 2022 |
| 36 | Vicetion US | A167QDB4UICE94 | January 21, 2022 |
| 104 | xigua&shuang | A2T6B2ER1TO9LG | January 21, 2022 |
| 117 | Arrived quickly in 7-15 days! | A3060WWJO58QA1 | January 21, 2022 |
| 143 | Vicetion | A3KXMA44R71UH7 | January 21, 2022 |

Please let us know if you have any questions and/or if there is anything else you may need.

Thank you and best regards,

Adam

*Figure 7*

7. The email address ipcounsel@yeah.net was also copied on an email to Plaintiff's counsel for Defendant Viccki in NDIL Case No. 21-cv-01986. Figure 8 below is a true and accurate copy of a screenshot of this email. Defendant Viccki filed a "*pro se*" Motion to Dismiss that has the same unique similarities as the filings for Defendant and defendants in Table 1 except that the metadata author field was left blank. Attached here to as **Exhibit 4** is a true and correct copy of that Motion.

> From: Jesun <iplawyer01@foxmail.com>
> Sent: Monday, May 24, 2021 10:19 AM
> To: Jake Christensen <jchristensen@gbc.law>
> Cc: Isaku Begert <ibegert@gbc.law>; Justin Gaudio <jgaudio@gbc.law>; Amy Ziegler <aziegler@gbc.law>; ipcounsel <ipcounsel@yeah.net>
> Subject: Settlement(Amazon)VICCKI_Nirvana, L.L.C
>
> Hi Jake,
>
> We are representing defendant below to contact you for settlement, please confirm if the defendant is involved in case 21-cv-01986. We know you are waiting for information from platform, but could you please provide evidence first?
> Store name: VICCKI     Seller ID: A3M1QKK1O7ENOJ
>
> please kindly present your evidence, if appropriate, and your offer for the store.
>
> Thank you
>
> Jesun

*Figure 8*

8. **Exhibit 5** is a true and accurate copy of unpublished decisions cited in the corresponding Motion for Sanctions Against Defendant Womens Dresses -YIISU for Committing Fraud on the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 22nd day of June 2022 at Chicago, Illinois.

/s/ Isaku M. Begert
Isaku M. Begert
*Counsel for Plaintiff Bludgeon Riffola Ltd.*

10