# Exhibit 3

121-cv-05331 [60]



121-cv-05331 [62]



121-cv-05339 [45]



121-cv-05339 [55]



121-cv-06162 [38]



121-cv-05331 [28]



121-cv-05331 [63]



122-cv-02450 [34]



121-cv-05331 [36]



122-cv-02705 [38]



122-cv-01172 [36]



121-cv-02525 [88]

