**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Bludgeon Riffola Ltd.

                                       Plaintiff,

v.                                              Case No.: 1:21−cv−02525

                                                Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 12, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion for leave to file [108] is granted. In deciding whether to grant or deny the motion, the court read the amicus brief [109] and cannot strike the brief from its mind. So, in the interest of allowing Plaintiff to respond to arguments set forth in the amicus brief, the court formally accepts the brief for filing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.