# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Bludgeon Riffola Ltd.

                                    Plaintiff,

v.

                                    Case No.: 1:21−cv−02525

                                    Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 12, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion to compel [112] is granted in part and denied in part. Plaintiff is entitled to take jurisdictional discovery, and that discovery pertains to Defendant's contacts in Illinois. Thus, Defendant shall provide complete responses to Interrogatory No. 4, but only for products offered for sale to Illinois; Interrogatory No. 5, but only for retail outlets and e−commerce stores that have sold products in Illinois; Interrogatory No. 6, but only for revenues for sales to Illinois and documents reflecting such sales; Interrogatory No. 11, but only for retail outlets and e−commerce stores that have sold Accused Products to Illinois; RFP Nos. 1, 2, and 4; RFP No. 3, but only for registration documents for e−commerce stores and email addresses associated with e−commerce stores; RFP No. 6, but only for listings that offer products for sale to Illinois; and RFP No. 7, but only for products sold to Illinois. Defendant shall comply with the above−referenced Interrogatories and Requests for Production by 8/26/2022. The other Interrogatories and Requests for Production referenced in Plaintiff's motion are not material to ascertaining Defendant's contacts in Illinois. The status/motion hearing set for 8/15/2022 ([95][101][104]) is stricken and re−set for 9/13/2022 at 9:15 a.m. By 9/6/2022, the parties shall file a joint status report: (1) addressing the status of jurisdictional discovery; and (2) proposing a briefing schedule on Defendant's motion to vacate [96]. Attorneys/Parties should appear for the 9/13/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.