IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., | Case No. 21-cv-02525 |
| Plaintiff, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Beth W. Jantz** |
| ALI GEGE STORE, et al., | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Bludgeon Riffola Ltd. ("Plaintiff"), by its counsel, respectfully requests that this Court grant Isaku M. Begert leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since May 11, 2021, Isaku M. Begert has been one of the attorneys of record for Plaintiff.

2. Mr. Begert will be leaving the firm of Greer, Burns & Crain, Ltd., effective August 25, 2022.

3. Plaintiff will continue to be represented by the undersigned counsel from the firm of Greer, Burns & Crain, Ltd.

WHEREFORE, Plaintiff respectfully requests that the Court grant Isaku M. Begert leave to withdraw as one of the attorneys of record in this action.

Dated this 23rd day of August 2022.     Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Justin T. Joseph
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
jjospeh@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*

2