IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALI GEGE STORE, et al., <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

### NOTICE OF SEVENTH CIRCUIT DECISION REGARDING PRESONAL JURISDICTION AND PLAINTIFF'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER [95]

Plaintiff Bludgeon Riffola Ltd. ("Plaintiff" or "Bludgeon Riffola"), by its counsel, submits this Notice of Seventh Circuit Decision regarding Personal Jurisdiction and Motion for Reconsideration of Defendant Womens Dresses -YIISU's ("Defendant") Motion to Vacate Judgment Order. [95].

### ARGUMENT

On July 19, 2021, the Court entered judgment [70], [71] against Defendant. Eight months later, an individual filed a *pro se* appearance [77] and a Motion to Vacate Judgment Order [78] on behalf of Defendant. On June 6, 2022, the Court ruled as follows [95]:

> Motion to vacate is [78] is granted in part and denied in part without prejudice. Pursuant to Civil Rule 60(b)(1), the entry of default [51] and default judgment [70] [71] are vacated as to Defendant No. 121 (Womens Dresses YIISU). Defendant has good cause for the default given that it a foreign pro se litigant; it took action to vacate the default judgment within a reasonable period of time after judgment had been entered; and it has set forth a potentially meritorious defense to Plaintiff's claim. Service of summons on Defendant via email was appropriate. It is unclear whether personal jurisdiction lies over Defendant, so Plaintiff is entitled to take jurisdictional discovery.

Plaintiff submits that the Seventh Circuit's August 16, 2022 decision in *NBA Properties, Inc. v. HANWJH*, 2022 WL 3367823 (7th Cir. 2022)[1] confirms that this Court's exercise of personal jurisdiction over Defendant was proper. Specifically, in *NBA* the Seventh Circuit affirmed that jurisdiction was proper over a China-based Amazon store operator that advertised, offered to sell and sold an alleged infringing product to plaintiff's investigator in Illinois. *Id*. The facts are identical in this case[2]. *See* Plaintiff's Response to Motion to Vacate [84] at pp 2-3. As such, Plaintiff requests reconsideration of the Court's June 6, 2022 Order [95] with respect to personal jurisdiction.

Additionally, and in conjunction with Plaintiff's fully briefed pending Motion for Sanctions [98], Plaintiff requests reconsideration of this Court's June 6, 2022 Order [95] with respect to good cause. Here, Defendant utilized an unknown person with legal training to draft pleadings, but filed the documents under the guise of being "*pro se*" to obtain the benefits afforded to *pro se* litigants. The Court then vacated the judgment due at least in part to Defendant's misrepresentation that he is "a foreign *pro se* litigant…." [95]. Plaintiff's Motion for Sanctions [98] and corresponding Reply [118] are incorporated herein by reference. Accordingly, Plaintiff requests reconsideration of this Court's decision to vacate Default Judgment and that this Court reinstate the judgment against Defendant.

---

[1] The Seventh Circuit's opinion in *NBA Properties, Inc. v. HANWJH*, 2022 WL 3367823 (7th Cir. 2022) is attached hereto as Exhibit 1.

[2] Defendant has represented to Plaintiff's counsel via email that he is willing to withdraw his objection based on personal jurisdiction.

2

| | |
|---|---|
| Dated this 24th day of August 2022. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Justin T. Joseph<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>jjoseph@gbc.law<br><br>*Counsel for Plaintiff Bludgeon Riffola Ltd.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the parties of record in this case, including Defendant Womens Dresses -YIISU.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*