# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bludgeon Riffola Ltd.

                                               Plaintiff,

v.                                                     Case No.: 1:21−cv−02525

                                                          Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2022:

      MINUTE entry before the Honorable Gary Feinerman:In the parties' 9/6/2022 status report, Defendant shall indicate whether Defendant withdraws the argument that Defendant is not subject to personal jurisdiction in Illinois.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.