# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bludgeon Riffola Ltd.

          Plaintiff,

v.

Case No.: 1:21−cv−02525

Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held and continued to 10/26/2022 at 9:00 a.m. Defendant's motion to vacate preliminary injunction [96] is entered and continued. Defendant's motion to dismiss [117] is entered and continued. Plaintiff shall respond by 10/4/2022; Defendant shall reply by 10/18/2022. Plaintiff's motion to compel discovery responses [127] is entered and continued. Defendant shall respond by 9/19/2022; Plaintiff shall reply by 9/26/2022. For the reasons stated on the record, Plaintiff's motion to strike [126] and Plaintiff's motion for sanctions [98] are denied. Attorneys/Parties should appear for the 10/26/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.