**FILED**

**KG**

9/19/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., | |
| Plaintiff, | Case No. 21-cv-02525 |
| v. | Honorable Gary Feinerman |
| Womens Dresses -YIISU, | |
| Defendant(No.121). | |

## Response to Plaintiff's Motion to Compel[127]

In the whole lawsuit, Plaintiff only presented a screenshot of evidence showing the accused product whose ASIN is B08XK5ZH2S. However, Plaintiff unreasonably and unequally asked me to widely disclose the information of each product under injunction in the past few years. Nevertheless, I have diligently responded to Plaintiff's discovery requests as to injunction. Specifically:

1. On August 29, 2022, I have shown the Plaintiff the sales information of accused products in the past three years, including purchaser, product picture, shipping address, product unit price **[Exhibit 1]** . I have shown the total orders for products in the past three years. *Id*. I presented a chart showing the relationship between the accused products and the non-accused products. *Id*. I also presented many information for non-accused products to show that I was not specifically offering accused products. *Id*.

2. Futher more, on September 1, 2022, per Plaintiff's requests, I provided supplement to response to Plaintiff's discovery as to injunction, Specifically, I provided a chart showing sales data generated prior to the lawsuit (From September 1, 2020 to May 30, 2021), including ASIN, Product Title, Units Ordered, Ordered Product Sales, Total Order Items and images **[Exhibit 2].** I also explained that some description and images for products in the chart were not presented because they were stopped offering long ago. *Id*. My store had been forced to stop operating for more than a year, although some description and images for products were deleted by Amazon System, the chart can at least show that those ASINs were not "B08XK5ZH2S" that is related to accused products. In addition, I refused to present identification card because it concerns my privacy and it has nothing to do with the discovery request as to injunction.

3. In fact, Plaintiff has actually known the sales information of the accused products from Amazon, such as, Plaintiff knew the actual sales volume of the accused products were 14 and restrained amount, because the court had already authorized the plaintiff to conduct expedited discovery, and Amazon platform had disclosed all relevant data of my store to the Plaintiff in accordance with the court order [DKT 24. Page 4-7].

4. There is no need for plaintiff to conduct further discovery request as to injunction, because I moved to vacate injunction for not only small accused sales of 14, but also Plaintiff's failure to establish a likelihood of success on the merits. Denying Plaintiff's Motion would not prejudice Plaintiff's interests, as it would not prevent Plaintiff from presenting the reason that the injunction should remain in effect. In addition, according to the court records, the court ever also denied Plaintiff's Motion to conduct discovery as to the defendant's(Qiao Ba999) Motion to dissolve preliminary injunction[DKT 51] on July 20, 2021. My accused situation is almost consistent with that of Defendant QiaoBa999.

As such, based on above, Defendant respectfully requests the court deny Plaintiff's motion to compel and grant some relief the court deems proper and just.

Dated: September 18, 2022.

**Respectfully Submitted**
/**s**/房红芳(Fang Hong Fang)
**Email:**johnseller@yeah.net;
**Address:** zone 5, one city center, Donghuan 1st Road, Longhua District, Shenzhen,China.
**Phone Number:**151-3558-6336
Pro Se Litigant

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

BLUDGEON RIFFOLA LTD.,

           Plaintiff,                           Case No. 21-cv-02525

           v.

                                          Judge Gary Feinerman

                              Magistrate Judge Beth W. Jantz

Womens Dresses ‐ YIISU,

           Defendant(No.121).

### DEFENDANT'S RESPONSE TO PLANITIFF'S DISCOVERY AS TO ACCUSED SALES

The operator of store Womens Dresses ‐ YIISU is Fang Hong Fang. Defendant has only this store and corresponding account is AGKXCV86IEF2H; Associated email addresses is [dekanhuan55819@163.com](mailto:dekanhuan55819@163.com); Corresponding domain name is https://www.amazon.com/sp?ie=UTF8&seller=AGKXCV86IEF2H.

Defendant refuesd to provide identification cards because it involves personal privacy and is not related to the alleged product in this case. As sales data of accused products, after carefully resarching sales data, defendant found totally made 14 accused sales and accordingly obtained $321.43. The following charts show the historical order volume of the accused products in the past three years and the sales information of each accused product.



| Purchase date | Shipped Address | Buyer |
|---|---|---|
| Mar 14, 2021 | FERNLEY, NV 89408-7535 United States | Trinite |
| Mar 25, 2021 | HAMBURG, PA 19526 United States | STEPHEN |
| Mar 25, 2021 | SHREVEPORT, LA 71107-2517 United States | Crystal |
| Mar 30, 2021 | FREMONT, OH 43420-9381United States | Nikki |
| Apr 8, 2021 | TEXARKANA, AR 71854-0709 United States | Sher |
| Apr 8, 2021 | SUGAR NOTCH, PA 18706-2004 United States | Jennifer |
| Apr 10, 2021 | Haughton, LA 71037 United States | Alissa |

| Apr 11, 2021 | Pleasant Hill, CA 94523 | Christine |
| Apr 11, 2021 | Benton, ar 72015 | whitney |
| Apr 13, 2021 | PHOENIX, AZ 85019-1844 | Melissa |
| Apr 16, 2021 | CHICAGO, IL 60606-6771 | Joey |
| Apr 19, 2021 | CASPER, WY 82601-1787 | michelle |
| Apr 22, 2021 | RACINE, WI 53402-9583 | Lin |
| Apr 23, 2021 | MOUNTAIN HOME, ID 83647-3323 | jerald |











The following chart shows at least defendant made many non-accused products in the past three years.



The following chart shows the relationship between the accused products and the non-accused products.



The sales for non-accused products includ but not limited to the following:

| Sku | Description | Image |
|---|---|---|
| YQX90403684RD | Vibrador Set,Plush Suit Whip Panty Handcuffs Vibrator Bundled Binding Sex Toy Set SM Game Kit,Plus-Size,Red,Dildos | |

| | | |
|---|---|---|
| CL80327770 | Laundry Dryer Balls,Nice Hot No Chemicals Tumble Wash Washing Laundry Dryer Balls Soften Fabric Clot,Laundry Hampers,Blue2-PC,Home Decor Clearance |  |
| CL70419771 | Cleaning Supplies,Washing Machine Hair Removal Device Clothes Clean Laundry Ball Retaining Filter,Laundry Bags,Multicolor-4PC,Home Decor |  |
| CL90312762 | Laundry Dryer Balls Organic,Floating Pet Hair Catcher Filtering Hair Removal Device Wool Cleaning Supplies,Laundry Baskets,Multicolor-4PC,Home Decor |  |
| YQX90408686PP | Sm Toys Set,Soft Butt Plugs Dildo Vibrator Beginner Set Sex Toys Prostate Massage 7PCS,Manual Massage Sticks,Purple,Plugs |  |
| CL90302281DGXL | Underwear Briefs for Men,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Men's Big & Tall Athletic Underwear,Dark Gray |  |
| CL90302281SBXL | Clarayan Mens Panties for Sex,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Boys' Exercise & Fitness Apparel,Sky Blu |  |
| CL90302281WHXL | Clarayan Boxer Briefs for Men Pack,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Men's Big & Tall Underwear Briefs,W |  |

| | | |
|---|---|---|
| YQX90408686PP | Sm Toys Set,Soft Butt Plugs Dildo Vibrator Beginner Set Sex Toys Prostate Massage 7PCS,Manual Massage Sticks,Purple,Plugs | |
| YQX90401683RD | Sexy Toystory for Men Egg,Plush Suit Whip Handcuffs Mask Vibrator Bundled Binding Sex Toy Set SM Game Kit,Feminine Powders,Red,Dildos | |
| YQX90409682J | Vibrador Set,Butt Plug Jewelry Base Anal Plug Dildo Vibrator Adult Sex Toys Prostate Massager,Yoga Equipment,Multicolor,Anal Sex Toys | |
| RILI2021010804 | Desk Calendar 2021 with Thick Paper\|2021 Desk Calendar 2021 Planner 2021 English Mini Desktop Fresh and Portable Pendulums Desk Calendar GN | |
| CLATG30118020 | Easter Decorations Wreath for Front Door with Easter Eggs, Flowers and Berries Welcome Wreath Sign for Front Door Decor, Easter Flower Garland Easter | |
| TQTQ01201300 | Valentine's Heart Ornaments, 25Pcs Valentine Decorations Heart Ornaments Romantic Multicolor 2021 | |
| F0-8WV9-1S1F | Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Multicolor) | |
| CLA0111001 | Valentines Day Decor \| Room Wall Bedroom Kitchen Home Decor \| 100 Lamp Beads, Led Light Belt, Low Temperature Waterproof Light Belt(A,AS Shown) 2021 | |
| 36-EYRW-K4SE | Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving | |

| | | |
|---|---|---|
| | (Multicolor 3PCS) | |
| G8-SL0B-K9VE | Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Octogon Purple) |  |
| QE-T48K-PLSK | YIISU Snow Sled Board,Sleds for Kids Snow Sled for Adults Snow Sled Plastic,Outdoor Winter Plastic Skiing Boards Snow Grass Sand Board Ski Pad Snowboa |  |
| 5W-0JTR-N76Q | Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Octogon Orange) |  |
| QQ210225165 | Plushies\|Kawaii Plush\|Plush Doll\|Soft Pillow Cushion for Car Home Decoration Birthday Gifts Cute Animal Doll Plush Stuffed Plush Toy Gifts for Kids Ba |  |
| CL90302281WHXL | Clarayan Boxer Briefs for Men Pack,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Men's Big & Tall Underwear Briefs,W |  |
| CL90302281SBXL | Clarayan Mens Panties for Sex,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Boys' Exercise & Fitness Apparel,Sky Blu |  |
| CL90302281DGXL | Underwear Briefs for Men,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Men's Big & Tall Athletic Underwear,Dark Gray |  |
| CLA90305080 | Swimsuits for Women Bikinis for Women Women Sexy Scalloped Lace-up Ruched Tankini Swimsuit Swimsuit Beachwear Black XXL |  |

| | | |
|---|---|---|
| USQ02250002 | Cake Roller Baking Mat Flexible Soft Cake Stencils Roll Silicone Pan Bakeware Coffee Kitchen Accessories &#x1D641;&#x1D656;&#x1D658;&#x1D65A;&#x1D657; |  |
| BT-HF6H-QH7M | 1PC Push Bubble Fidget Sensory Toy Cool Things Party Favors Autism Special Needs Stress Reliever (Colorful, 1pc) |  |
| QQ210225168 | Electric Egg Laying Chicken Plushies\|Kawaii Plush\|Plush Doll\|Home Decoration Easter Gifts Hen Laying Eggs Plush Magic Chicken Electric Music Dancing K |  |
| KQ-LD0B-Q3TZ | Condiment Plate Holder,Dip Clips for Plates Dip Bowls,Clip-on Dip Holders,Kitchen Dining Entertaining Dipping Sauce Bowls,Condiments Serving Dishes fo |  |
| DEK03130047 | Tops for Women T Shirts Casual Loose Short Sleeve T Shirt Tops Womens Shirts Shirts for Women V-Neck Splicing Sleeveless Splicing T-Shirt Tops Vests T |  |
| 1030022701 | Animal Yard Art Critters Hummingbird Welcome Sign-3D Metal Wall Decor-Modern Home Decoration-Indoor or Outdoor Use-Wall Art Hanging Elegant Garden Des |  |
| 1030022703 | Hummingbird Wall Art Metal Hummingbird Outdoor Decor Elegant Garden Design Hummingbird Decoration Garden Art Metal Birds Critters Hummingbird Welcome |  |
| DEKZSS210313421RDM | Summer Beach Dress Fashion Women Casual Short Sleeve O-Neck Solid Ladies Loose Mini |  |

| | Dress Short Sleeve O-Neck Casual T-Shirt Loose Fit Dress 006 M | |
|---|---|---|
| P5-LB1A-NID1 | 6 Pairs Reusable Eyeliner Stickers Reusable Eyelid Makeup Stickers Instant Outline Sparkling Eyeliner Eye Shadow Easy Quick Application,No Smudge Desi |  |
| DEK03130047 | Tops for Women T Shirts Casual Loose Short Sleeve T Shirt Tops Womens Shirts Shirts for Women V-Neck Splicing Sleeveless Splicing T-Shirt Tops Vests T |  |
| CLAYGQ210308521PKL 2 | Womens Tops Tops for Women 2021 Summer Shirts Casual Loose T Shirt Tops and Blouses Women Short Sleeve O-Neck Printed Pachwork Pockets Tops BlousePink |  |
| CLA210408QLX210331889B KM | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 012 M |  |
| P5-LB1A-NID1 | 6 Pairs Reusable Eyeliner Stickers Reusable Eyelid Makeup Stickers Instant Outline Sparkling Eyeliner Eye Shadow Easy Quick Application,No Smudge Desi |  |
| CLA0409LWX21031007 4BKL2 | Sexy Sleeveless Beach Dress Sleeve Solid Print Mini Dress Womens Summer Floral Wrap V Neck Casual Dresses Black XXL |  |
| 1030022701 | Animal Yard Art Critters Hummingbird Welcome Sign-3D Metal Wall Decor-Modern Home Decoration-Indoor or Outdoor Use-Wall Art Hanging Elegant Garden Des |  |
| DEKZSS210313421RDM | Summer Beach Dress Fashion Women Casual Short Sleeve O-Neck Solid Ladies Loose Mini Dress Short Sleeve O-Neck Casual T-Shirt Loose Fit Dress |  |

| | 006 M | |
|---|---|---|
| P5-LB1A-NID1 | 6 Pairs Reusable Eyeliner Stickers Reusable Eyelid Makeup Stickers Instant Outline Sparkling Eyeliner Eye Shadow Easy Quick Application,No Smudge Desi |  |
| 78-GTGA-JKZS | Rainbow Projection Lamp for Home Party Living Room Bedroom Floor Lamp Decorative Sunset Projection Led Beside Lamp USB Charge Sunshine Rainbow Project |  |
| TQTQ01201002 | Valentine's Hand Holding Kit, Keepsake Hands Casting Kit Large \| DIY Plaster Statue Molding Kit Hand Holding 2021 |  |
| 1030022705 | Hummingbird Decoration Garden Art Metal Birds Hummingbird Art Outdoor Hummingbird Wall Decor Critters Hummingbird Welcome Sign Metal Wall Decor-Modern |  |
| A0-2W5K-1GZ7 | Gua Sha Facial Massage Tool Gua Sha Stone-Premium Jade for Face, Eyes Body Muscle Gua Sha Facial Beauty Tool for Slimming & Firming Relaxing and Relie |  |
| 1030022701 | Animal Yard Art Critters Hummingbird Welcome Sign-3D Metal Wall Decor-Modern Home Decoration-Indoor or Outdoor Use-Wall Art Hanging Elegant Garden Des |  |
| CLA0428WCF21042260 9BUXL | Cold Shoulder Sleeveless Tank Dress Formal Dresses for Wedding Guest Casual Dresses for Women Blue XL |  |
| 4R-ZIGZ-L964 | NEW Chlorine Pool Tablets,Chlorine Tabs For Pool Chlorine Tablets For Above Ground Pools With Floater Dispenser, Improve Water Pool Quality And Flow C |  |

| | | |
|---|---|---|
| TQDEKAN719LLY21061410 4F | Pop Fidget Fidget Toys Set Sensory Fidget Toys Push It Pop Fidget Bubble Pop Pop Toy in Rainbow - Squishee Stress & Nervousness - Squeeze Toys | |

**Respectfully Submitted**

/**s**/房红芳(Fang Hong Fang)

**Date**：08/29/2022

**Email:** johnseller@yeah.net

**Address:**one city center, Donghuan 1st Road, Longhua District, Shenzhen,China.

# Exhibit 2

Per 1:21-cv-02525-Document #:131 of sales 09/19/22 Page 19 of 42 PageID #:3545t
(From September 1,2020 to May 30,2021).Some description and images for products
were not found because they were stopped offering long ago.

| (Child) ASIN | Title | Units Ordered | Ordered Product Sales | Total Order Items | Image |
|---|---|---|---|---|---|
| B08S2PC8J5 | Ramendy Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Multicolor) | 865 | $6,437.16 | 799 |  |
| B08T97RKLB | Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Multicolor 2PCS) | 147 | $1,719.95 | 135 |  |
| B08XNB3JFQ | | 106 | $1,385.99 | 96 | |
| B08S6VTS89 | | 59 | $508.82 | 56 | |
| B08XK2M41W | | 46 | $984.02 | 46 | |
| B08T98W12Q | Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Multicolor 3PCS) | 52 | $875.34 | 37 |  |
| B08S42DWH8 | Ramendy Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Octogon Purple) | 20 | $150.04 | 20 |  |
| B08X6TYMGS | | 18 | $132.29 | 18 | |
| B08XK5ZH2S | | 15 | $321.43 | 14 | |
| B08XV49PZS | | 15 | $199.12 | 14 | |
| B08S3MD47K | Ramendy Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Octogon Green) | 13 | $96.87 | 12 |  |
| B08VWDZHBS | | 12 | $90.27 | 12 | |
| B08XN9VPLT | | 12 | $150.25 | 12 | |
| B091TB34YX | | 13 | $95.21 | 12 | |

| ASIN | Description | Qty | Price | Qty2 | Image |
|---|---|---|---|---|---|
| B08X6BGXTX | | 11 | $104.17 | 11 | |
| B08XN8S6YR | | 9 | $113.06 | 9 | |
| B08XN8Y49C | | 9 | $111.08 | 9 | |
| B08S347PTC | Ramendy Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Octogon Orange) | 9 | $67.62 | 8 |  |
| B08S3BJFH6 | Ramendy Push Pop Bubble Fidget Sensory Toy, Autism Special Needs Stress Reliever for Stress Relieving (Octogon Yellow) | 7 | $52.18 | 7 |  |
| B08XPZLBVQ | | 7 | $197.10 | 7 | |
| B08YD24GG3 | | 7 | $29.07 | 7 | |
| B08Z7YG4W4 | Women's Floral Maxi Deep V Neck Crop Top Wide Leg Pants Set 2 Piece Outfit Sleeveless Camis Tops+Long Pants 2 Piece Set White XL | 7 | $268.20 | 7 |  |
| B08Z7Z5ZRB | Floral Maxi Deep V Neck Crop Top Pants Set Jumpsuits 2 Piece Outfit Sleeveless Camis Tops+Long Pants 2 Piece Set WhiteL | 7 | $238.14 | 7 |  |
| B08T9R7CTH | | 6 | $363.39 | 6 | |
| B08W8LR1JD | | 6 | $70.34 | 6 | |
| B08W9GGLQS | | 7 | $82.22 | 6 | |
| B08XM3QJ52 | | 6 | $90.58 | 6 | |
| B08XMJCVN4 | | 6 | $60.24 | 6 | |
| B08Z837CGD | Women's Floral Maxi Deep V Neck Crop Top Wide Leg Pants Set Jumpsuits 2 Piece Outfit Sleeveless Camis Tops+Long Pants Whites | 6 | $184.89 | 6 |  |
| B08W9NCJWX | | 6 | $67.03 | 5 | |

| | | | | |
|---|---|---|---|---|
| B08Z3KQSKM | | 5 | $79.48 | 5 | |
| B08Z3PWY29 | | 5 | $63.19 | 5 | |
| B08RJSX4RF | | 4 | $62.77 | 4 | |
| B08S7CCTTT | | 4 | $53.64 | 4 | |
| B08T9MKSF6 | | 4 | $231.42 | 4 | |
| B08TBCSXSG | | 8 | $247.61 | 4 | |
| B08W8D6L1B | | 4 | $46.82 | 4 | |
| B08W8PCVVT | | 4 | $46.64 | 4 | |
| B08XLXP7N1 | | 4 | $106.32 | 4 | |
| B08XMNBWW2 | | 4 | $69.98 | 4 | |
| B08XQ14MCC | | 4 | $110.90 | 4 | |
| B08YJTGWD6 | | 4 | $114.16 | 4 | |
| B08YR6MFBS | | 4 | $25.30 | 4 | |
| B08RDBQ62W | | 7 | $155.07 | 3 | |
| B08S3GM8S6 | | 3 | $27.92 | 3 | |
| B08SBY3TL7 | | 3 | $43.46 | 3 | |
| B08SJP3XD8 | | 3 | $30.05 | 3 | |
| B08SQV8B8Y | | 3 | $42.36 | 3 | |
| B08T6GK3B4 | | 3 | $95.24 | 3 | |
| B08THKTPVG | | 5 | $59.13 | 3 | |
| B08THRC2NK | | 3 | $158.85 | 3 | |
| B08V94TFQX | | 3 | $34.80 | 3 | |
| B08W8JB327 | | 3 | $35.06 | 3 | |
| B08Z846L6D | Women's Floral Maxi Deep V Neck Crop Top Wide Pants Set 2 Piece Outfit Sleeveless Camis Tops+Long Pants 2 Piece Set WhiteM | 3 | $55.30 | 3 | |
| B0922P855S | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 013 L | 3 | $156.48 | 3 | |
| B094CZ28T6 | | 3 | $53.70 | 3 | |
| B094F7RXPH | | 3 | $68.97 | 3 | |

| | | | | |
|---|---|---|---|---|
| B07QLMSKND | Wash Gloves for Shower Large, Loofah Bath Shower Sponge Pouf Mesh Ball Exfoliating Premium Scrubber, Bath Products, Pink, Home Decor | 3 | $2.77 | 2 |
| B07QT7ZH96 | Sm Toys Set, Soft Butt Plugs Dildo Vibrator Beginner Set Sex Toys Prostate Massage 7PCS, Manual Massage Sticks, Purple, Plugs | 2 | $7.19 | 2 |
| B08RD576RJ | | 2 | $70.38 | 2 |
| B08RYD1N19 | | 3 | $44.53 | 2 |
| B08SBJ8FKZ | | 2 | $22.16 | 2 |
| B08SBS3LVP | | 2 | $28.52 | 2 |
| B08SBVJVM2 | | 2 | $28.44 | 2 |
| B08SJ7JXDK | | 2 | $32.21 | 2 |
| B08SMC3BDX | | 2 | $32.42 | 2 |
| B08SQ91P6Z | Ourmall 2021 New Valentines Day Decor ｜ Room Wall Bedroom Kitchen Home Decor ｜ Valentine's Day Sticker Gift Box Seal Sticker Wedding Party Envelope Label Stick(Multicolor, AS Shown) | 2 | $15.01 | 2 |  |
| B08SQF4TXS | | 2 | $17.36 | 2 |
| B08SQH8BZW | | 2 | $14.95 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| B08T8Y4M2T | Welcome Wreath Sign for Front Door Decor, Rustic Door Hangers Front Door with Premium Greenery-Front Door Welcome Wreath Wooden Hanging Sign for Home Decoration for Easter | 3 | $33.86 | 2 |  |
| B08T9NRYTK | | 2 | $131.38 | 2 | |
| B08TZVLPC4 | | 2 | $47.00 | 2 | |
| B08V93FQHS | | 2 | $23.11 | 2 | |
| B08VHQ1KWB | | 2 | $65.11 | 2 | |
| B08VWZTWV6 | | 2 | $21.38 | 2 | |
| B08WZW74TS | Beauty Clothing Shoes Jewelry Supplies Womens Holiday Irregular Dress Ladies Summer Beach Sleeveless Party Dress Green S | 2 | $23.98 | 2 |  |
| B08X15B775 | | 2 | $26.72 | 2 | |
| B08X1Q72ZR | Beauty Clothing Shoes Jewelry Supplies Womens Holiday Irregular Dress Ladies Summer Beach Sleeveless Party Dress Green L | 2 | $27.95 | 2 |  |
| B08X4RD29K | | 4 | $37.00 | 2 | |
| B08X4SFVPS | | 2 | $25.82 | 2 | |
| B08XLF8GW1 | | 2 | $23.55 | 2 | |
| B08XN5W2YP | | 2 | $24.70 | 2 | |
| B08XN87G2K | | 3 | $31.17 | 2 | |
| B08XN9X5VV | | 2 | $23.53 | 2 | |
| B08XNCZW82 | | 2 | $22.78 | 2 | |
| B08Y5J2K7K | | 2 | $95.13 | 2 | |

| | | | | |
|---|---|---|---|---|
| B08YDYLD85 | Jewelry For Women, Ring jewelry box white, Jewelry Rings Display Tray Velvet 100 Slot Case Box Jewelry Storage Box (White), AS SHOWN) | 5 | $21.18 | 2 |
| B08YMZ6ZLW | | 2 | $83.30 | 2 |
| B08YVKD1G5 | | 2 | $42.80 | 2 |
| B08Z3KD4GW | | 2 | $48.72 | 2 |
| B08Z3MD3T9 | | 2 | $50.63 | 2 |
| B08Z3WQ9W5 | | 2 | $85.53 | 2 |
| B08Z7MV6QH | | 2 | $95.14 | 2 |
| B08Z7V5DZ6 | | 2 | $54.83 | 2 |
| B08ZDBQBN5 | | 2 | $63.15 | 2 |
| B0912LF3P4 | | 2 | $40.16 | 2 |
| B0922NF8T2 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 014 L | 2 | $100.17 | 2 |
| B0922QVVXK | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 010 M | 2 | $101.11 | 2 |
| B0922RM39N | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 012 M | 2 | $101.08 | 2 |

| | | | | |
|---|---|---|---|---|
| B0922RWBRW | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 017 L | 2 | $100.56 | 2 |  |
| B0922SN6CZ | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 015 M | 2 | $100.43 | 2 |  |
| B0922T8PX5 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 006 M | 2 | $102.29 | 2 |  |
| B093GR8DYY | | 2 | $22.61 | 2 | |
| B07PWZR5GQ | Clarayan Mens Panties for Sex,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Boys' Exercise & Fitness Apparel,Sky Blue,XL | 1 | $3.92 | 1 | |
| B07PY6XLWM | Men Thongs for Sex Novelty,Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear,Novelty Clothing,Gray,L | 1 | $3.69 | 1 | |

| | | | | |
|---|---|---|---|---|
| B07Q1FY2YQ | Clarayan Men Underwear Boxer, Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear, Baby Boys' Bloomers, Diaper Covers & Underwear, Yellow, L | 1 | $3.69 | 1 |
| B07Q1GL6WD | Men Underpants Pack, Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear, Men's Underwear, Dark Gray, L | 1 | $3.69 | 1 |
| B07Q26ZLJW | Underwear Briefs for Men, Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear, Men's Big & Tall Athletic Underwear, Dark Gray, XL | 1 | $3.92 | 1 |
| B07Q2992H6 | Clarayan Boxer Briefs for Men Pack, Pink Heroes Fashion Printed Cotton Men's Short Flat-Angled Sexy Boxer Underwear, Men's Big & Tall Underwear Briefs, White, XL | 1 | $3.92 | 1 |
| B07QL28674 | | 1 | $0.70 | 1 |
| B07QLVKMQX | | 1 | $0.91 | 1 |
| B07QNYQ5TQ | | 1 | $3.20 | 1 |

| | | | | |
|---|---|---|---|---|
| B07QR6MWFB | Unisex Silicone Rings, Couple G-Spot Bullet Dildo Vibrator Anal Butt Plug Massager Sex Love Toy 7Pcs, Sports Nutrition Products, Blue, Tra ining Sets | 1 | $0.01 | 1 |
| B07QR6QQR5 | | 20 | $0.20 | 1 |
| B07QT5SR9S | | 1 | $12.73 | 1 |
| B07QTJVNQG | | 1 | $4.51 | 1 |
| B08R8ZZ18L | | 1 | $25.97 | 1 |
| B08R9NV8TH | | 1 | $85.00 | 1 |
| B08RB5FB65 | | 1 | $10.88 | 1 |
| B08RD4CYZX | | 1 | $36.64 | 1 |
| B08RD552KW | | 1 | $36.38 | 1 |
| B08RDBKCFZ | | 1 | $22.47 | 1 |
| B08RNDKYRS | | 3 | $48.00 | 1 |
| B08RYDH9NK | | 1 | $17.09 | 1 |
| B08RYPK2H5 | | 1 | $26.90 | 1 |
| B08RZ6MJKG | | 1 | $12.39 | 1 |
| B08RZ7CKX2 | | 1 | $20.89 | 1 |
| B08S2R8128 | | 1 | $44.88 | 1 |
| B08S35651X | Clarayan Edible Spoon Candy Mold, Hot Chocolate Spoon Mold Spoons Mold Silicone Mold for Hot Cocoa and Coffee, Chocolate Stirring Spoons Craft Tools DIY Wedding Valentine's Day Party Supplies | 1 | $8.62 | 1 |  |
| B08S3DVF8L | | 1 | $44.06 | 1 |
| B08S3KR5K4 | | 1 | $43.96 | 1 |
| B08S3Y32JF | | 1 | $43.34 | 1 |
| B08S7B6FD4 | | 1 | $11.88 | 1 |
| B08S7B97XQ | | 1 | $15.21 | 1 |
| B08SBG4P1F | | 1 | $11.59 | 1 |
| B08SC1QDX6 | | 1 | $11.73 | 1 |
| B08SGB88Z5 | | 1 | $26.27 | 1 |
| B08SHHT9MR | | 1 | $18.19 | 1 |
| B08SHJ32W7 | | 1 | $17.94 | 1 |
| B08SHNQWRQ | | 1 | $6.87 | 1 |
| B08SHNQWRQ | | 1 | $7.12 | 1 |
| B08SHZ7MKR | | 1 | $16.00 | 1 |

| | | | | |
|---|---|---|---|---|
| B08SJ1WZTR | Crop Tops for Women High Waist Vintage Tops Crewneck Shirt Streetwear for Valentine Women Sexy Tops Funny Skull Printed High Waist Crop Short Sleeve Gothic Blouse Black L | 1 | $10.90 | 1 |  |
| B08SJ5CLLN | | 1 | $10.80 | 1 | |
| B08SJK6L4Z | | 1 | $8.55 | 1 | |
| B08SJN5VSZ | | 1 | $15.33 | 1 | |
| B08SJQDSKK | | 1 | $15.33 | 1 | |
| B08SJQH64C | | 1 | $8.66 | 1 | |
| B08SM9BGWS | | 1 | $41.74 | 1 | |
| B08SM9LQFS | | 1 | $41.00 | 1 | |
| B08SM9T7MD | | 1 | $16.38 | 1 | |
| B08SM9XSCM | | 1 | $16.30 | 1 | |
| B08SMBDB44 | | 1 | $15.89 | 1 | |
| B08SMBFRR7 | | 1 | $59.78 | 1 | |
| B08SMCH9M1 | | 1 | $59.78 | 1 | |
| B08SVVXTZR | | 2 | $19.60 | 1 | |
| B08SWB3ZSW | | 5 | $10.45 | 1 | |
| B08SWFYJ6M | | 1 | $13.88 | 1 | |
| B08T1GHMB2 | | 1 | $79.19 | 1 | |
| B08T1KK1DJ | | 1 | $79.73 | 1 | |
| B08T1LCLL4 | | 1 | $80.48 | 1 | |
| B08T1Q8BQ3 | | 1 | $78.09 | 1 | |
| B08T1T54MG | | 1 | $36.80 | 1 | |
| B08T1VG5W3 | | 1 | $78.09 | 1 | |
| B08T22Y9XR | | 1 | $79.73 | 1 | |
| B08T5J6LRG | | 1 | $9.53 | 1 | |
| B08T64WXHC | | 1 | $28.88 | 1 | |
| B08T694LGH | | 1 | $11.72 | 1 | |
| B08TBC97FR | | 1 | $33.79 | 1 | |
| B08TBF3LG2 | | 1 | $33.59 | 1 | |
| B08TBFHPM7 | | 1 | $33.44 | 1 | |
| B08TBHC8NN | | 1 | $21.03 | 1 | |

| | | | | |
|---|---|---|---|---|
| B08TBHF9YJ | Long Sleeve Shirts for Women Crewneck Sweatshirt Women's Casual Comfort Loose Fitting Long Sleeve Tops Cotton Blouse Splicing Hollow Lace Knitted T-Shirt Long Sleeve Top Blouse Tops Shirt S | 1 | $23.00 | 1 |
| B08TBTKQDR | | 1 | $25.99 | 1 |
| B08TC76LSX | Clarayan Bikini\|Swimsuits for Women Bikinis High Waisted Bikini Bathing Suits K Black L | 1 | $21.09 | 1 |
| B08THLLD75 | | 1 | $9.75 | 1 |
| B08THQXC3X | | 1 | $11.59 | 1 |
| B08TW6ZRY3 | | 1 | $8.65 | 1 |
| B08TW72MZZ | | 1 | $35.91 | 1 |
| B08TW7L5QP | | 1 | $32.69 | 1 |
| B08TW95F6N | | 1 | $16.08 | 1 |
| B08TW9BW4V | | 1 | $15.89 | 1 |
| B08TW9S1K5 | | 1 | $16.34 | 1 |
| B08TWKLB1C | | 1 | $18.93 | 1 |
| B08V53ZHCW | | 1 | $11.96 | 1 |
| B08V8VLQW7 | | 1 | $14.73 | 1 |
| B08V8ZM92W | | 1 | $13.99 | 1 |
| B08V92JYXK | | 1 | $10.85 | 1 |
| B08VD611L6 | | 1 | $17.99 | 1 |
| B08VDCM6RP | | 1 | $50.18 | 1 |
| B08VDF3HJB | | 1 | $17.99 | 1 |
| B08VDFTFDD | | 1 | $51.91 | 1 |
| B08VDJHPQS | | 1 | $10.95 | 1 |
| B08VDJMSRW | | 1 | $49.88 | 1 |
| B08VDP9F8W | | 1 | $10.95 | 1 |
| B08VDSWJK7 | | 1 | $52.04 | 1 |
| B08VF3FX5N | | 1 | $51.80 | 1 |
| B08VHPSS2D | | 1 | $34.55 | 1 |
| B08VMVD61M | | 1 | $23.65 | 1 |
| B08VW7MS1N | | 1 | $7.41 | 1 |
| B08VWPVGY4 | | 1 | $13.11 | 1 |
| B08VWQXQ1H | | 1 | $14.07 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| B08VWRYH84 | Lingerie for Women Floral Cami Top Pants Boho Summer Style Pajamas Sets Satin Silk Pajamas Women Nightdress Lingerie Robes Underwear Sleepwear Sexy Black XL | 1 | $29.85 | 1 |  |
| B08VWV188G | Lingerie for Women Floral Cami Top Pants Boho Summer Style Pajamas Sets Satin Silk Pajamas Women Nightdress Lingerie Robes Underwear Sleepwear Sexy Black L | 1 | $26.47 | 1 |  |
| B08VX13JSS | | 1 | $7.50 | 1 | |
| B08W1L8MCQ | | 1 | $24.76 | 1 | |
| B08W2B4FGK | | 1 | $24.55 | 1 | |
| B08W2FVL3L | | 1 | $25.37 | 1 | |
| B08W454T33 | | 1 | $44.68 | 1 | |
| B08W45F7W9 | | 1 | $27.78 | 1 | |
| B08W4D4BW6 | | 1 | $41.96 | 1 | |
| B08W8Y3RS2 | | 1 | $11.64 | 1 | |
| B08WC1RNBK | | 1 | $22.57 | 1 | |
| B08WC9MZC6 | | 1 | $17.29 | 1 | |
| B08WCJ4TB4 | | 1 | $20.29 | 1 | |
| B08WL1BNSG | | 1 | $12.18 | 1 | |
| B08WL1GBDL | | 1 | $12.31 | 1 | |
| B08WYRK5ZG | | 1 | $37.09 | 1 | |
| B08X1B2P5S | Beauty Clothing Shoes Jewelry Supplies Womens Holiday Irregular Dress Ladies Summer Beach Sleeveless Party Dress Yellow XL | 1 | $13.78 | 1 |  |
| B08X1JZDG1 | | 1 | $6.75 | 1 | |
| B08X1M38NX | | 1 | $7.25 | 1 | |
| B08X2D1C8D | | 1 | $14.11 | 1 | |
| B08X4BGWC6 | | 1 | $8.90 | 1 | |
| B08X4R5C2C | | 1 | $10.61 | 1 | |

| | | | | | |
|---|---|---|---|---|---|
| B08X6JDZC9 | | 1 | $8.44 | 1 | |
| B08X6YZ5TL | | 1 | $14.13 | 1 | |
| B08XH69YWT | | 2 | $18.86 | 1 | |
| B08XK2M41W | | 1 | $21.46 | 1 | |
| B08XLNDRY8 | | 1 | $6.35 | 1 | |
| B08XLQ62MH | | 1 | $11.69 | 1 | |
| B08XLTBXDC | | 1 | $16.84 | 1 | |
| B08XLTM96X | | 1 | $27.22 | 1 | |
| B08XM4PVCV | | 1 | $15.44 | 1 | |
| B08XM6BDYR | | 1 | $22.94 | 1 | |
| B08XMGH2HT | | 1 | $22.52 | 1 | |
| B08XML8JVJ | | 1 | $16.46 | 1 | |
| B08XMNBWW2 | | 1 | $17.68 | 1 | |
| B08XMR1LF9 | | 1 | $19.45 | 1 | |
| B08XN5VYT5 | | 1 | $9.62 | 1 | |
| B08XN7FB7P | | 1 | $8.65 | 1 | |
| B08XN9ML6D | | 1 | $10.74 | 1 | |
| B08XNMHTXZ | | 1 | $10.61 | 1 | |
| B08XNMTX5R | | 1 | $7.75 | 1 | |
| B08XPYSJ2D | | 1 | $28.05 | 1 | |
| B08XQFN6Z8 | | 1 | $16.85 | 1 | |
| B08XQMJY67 | | 1 | $13.67 | 1 | |
| B08XQNP6SG | | 2 | $19.42 | 1 | |
| B08XVT9PSK | | 1 | $9.99 | 1 | |
| B08XVT9PSK | | 1 | $9.99 | 1 | |
| B08XXXY1W4 | | 1 | $47.34 | 1 | |
| B08XY1PCP6 | | 1 | $47.34 | 1 | |
| B08XY1SR7Z | | 1 | $46.50 | 1 | |
| B08XY2C6H8 | | 1 | $47.20 | 1 | |
| B08XY2DJRY | Swimsuits for Women Women's Bikini Sexy Women Bikini Print Bandage Two-Piece Swimwear Swimsuit Beachwear Set 002 | 1 | $47.34 | 1 |  |
| B08XY2Y249 | | 1 | $46.50 | 1 | |
| B08Y14MZT6 | | 1 | $44.03 | 1 | |
| B08Y18LR51 | | 1 | $47.56 | 1 | |
| B08Y5P697Z | | 1 | $47.00 | 1 | |

| | | | | |
|---|---|---|---|---|
| B08YCYBHY2 | Jewelry For Women, Korean version of small fresh handmade drip glaze green leaf branch ring fashion, Adjustable Tree Branch Ring Graceful Gift For Lady Special Ring(multicolor, AS SHOWN) | 2 | $1.94 | 1 |  |
| B08YCYBX3B | Womens Tops Shorts for Women Women's Tie-Dye Print Long Sleeve O-Collar Off Shoulder Pullover Leisure Tops + Shorts Set Lounge Sets Streetwear Gifts for Women (L, Multicolor) | 1 | $27.03 | 1 |  |
| B08YD1JHW7 | | 1 | $44.95 | 1 | |
| B08YD5P14K | | 1 | $0.97 | 1 | |
| B08YD7QLXS | Jewelry For Women, Natural Stone Crystal Glass Hexagon Pillar Pendant Necklace White, Women Multilayer Irregular Crystal Opals Pendant Necklace Choker Chain(White, AS SHOWN) | 1 | $0.96 | 1 |  |

| ASIN | Description | Qty | Price | Qty | Image |
|---|---|---|---|---|---|
| B08YD8V96Z | Jewelry For Women, Natural Stone Crystal Glass Hexagon Pillar Pendant Necklace Black, Women Multilayer Irregular Crystal Opals Pendant Necklace Choker Chain(Black, AS SHOWN) | 1 | $0.96 | 1 |  |
| B08YD97BJ6 | | 1 | $0.94 | 1 | |
| B08YD9FCP2 | | 1 | $0.96 | 1 | |
| B08YD9W4PN | Jewelry For Women, Mushroom star flower vintage ring No. 8, Creative Retro Ring M-ushroom Star Flower Leaves Mysterious Fashion(AS show, 8) | 1 | $0.97 | 1 |  |
| B08YDCH7CW | | 1 | $46.17 | 1 | |
| B08YDPWR8Y | | 1 | $1.00 | 1 | |
| B08YDPZL4D | | 1 | $2.11 | 1 | |
| B08YDRMCGX | | 1 | $46.17 | 1 | |
| B08YDSZG3G | | 1 | $0.97 | 1 | |
| B08YDWSYKB | | 1 | $0.95 | 1 | |
| B08YDYYXD2 | | 1 | $0.90 | 1 | |
| B08YFBSNL3 | | 1 | $28.36 | 1 | |
| B08YN9CXDL | | 1 | $11.84 | 1 | |
| B08YNQZLXK | Rings Jewelry for Women, 15PCS Joint Ring Set, Cool Rings 15pcs/Set Women Bohemian Vintage Silver Stack Rings Above Knuckle Rings Set Jewelry Accessories Gift | 1 | $6.88 | 1 |  |
| B08YR2BSH5 | | 1 | $18.22 | 1 | |
| B08YRFTHM4 | | 1 | $5.99 | 1 | |
| B08YRSYS1J | | 1 | $15.99 | 1 | |
| B08YV219G3 | | 1 | $21.43 | 1 | |
| B08YVBF3SJ | | 1 | $21.53 | 1 | |
| B08YVBX4ZS | | 1 | $24.99 | 1 | |
| B08YVCCM3W | | 1 | $21.34 | 1 | |

| | | | | |
|---|---|---|---|---|
| B08YVKBZBG | | 1 | $8.47 | 1 | |
| B08YVKKM2V | | 1 | $21.54 | 1 | |
| B08YVQ1XWL | | 1 | $13.19 | 1 | |
| B08YVT7PWG | | 1 | $8.47 | 1 | |
| B08YVWP485 | | 1 | $21.49 | 1 | |
| B08YVXVT49 | | 1 | $21.53 | 1 | |
| B08YVY6MRF | | 1 | $11.99 | 1 | |
| B08YYCDC1L | Stuffed Gnomes Plushie Ornaments – Collectiable Figurines Table Gnomes Decor – Mother's Day Plush Doll,Spring Doll Home Decoration Ornaments for Garden Outdoor Decor (B) | 1 | $10.69 | 1 |  |
| B08YYRLL9X | | 1 | $11.95 | 1 | |
| B08Z2XT1KX | | 1 | $39.92 | 1 | |
| B08Z32NGG2 | | 1 | $41.99 | 1 | |
| B08Z371NTC | Womens Tops Tops for Women 2021 Summer Shirts Casual Loose T Shirt Tops and Blouses Plus Size Women Solid Floral Lace O-Neck Asymmetric Three Quarter Tops BlouseBlack XXXL | 1 | $9.90 | 1 |  |
| B08Z372X85 | | 1 | $38.99 | 1 | |
| B08Z3G9VPC | | 1 | $42.75 | 1 | |
| B08Z3GQMGS | | 1 | $39.93 | 1 | |
| B08Z3HYPH7 | | 1 | $9.45 | 1 | |
| B08Z3K8F22 | | 1 | $9.90 | 1 | |
| B08Z3N8JFX | | 1 | $49.36 | 1 | |
| B08Z3XBKR7 | | 1 | $21.76 | 1 | |
| B08Z3YQ8YL | | 1 | $47.91 | 1 | |
| B08Z6WQX4J | | 1 | $45.94 | 1 | |
| B08Z74GVFX | | 1 | $43.99 | 1 | |
| B08Z76JVL5 | | 1 | $44.85 | 1 | |
| B08Z7C1Q9G | | 1 | $45.80 | 1 | |
| B08Z7CFWPS | | 1 | $43.99 | 1 | |
| B08Z7F7HGZ | | 1 | $44.99 | 1 | |
| B08Z7FXWNG | | 1 | $45.94 | 1 | |
| B08Z7LXJLC | | 1 | $46.27 | 1 | |
| B08Z7SWF62 | | 1 | $44.02 | 1 | |

| | | | | |
|---|---|---|---|---|
| B08Z7Z8XTB | | 1 | $45.01 | 1 | |
| B08Z82JMBS | | 1 | $41.07 | 1 | |
| B08Z84BW9B | | 2 | $73.98 | 1 | |
| B08Z85B4QL | | 1 | $43.76 | 1 | |
| B08ZC8PGC2 | | 1 | $47.99 | 1 | |
| B08ZD9GZ5Q | Fashion Women Off The Shoulder Floral Printed Halter Strapless Ruffle Bandage Casual Dress Boho Dress Summer Dresses Flowy Dresses Summer Dress 012 XL | 1 | $38.79 | 1 |  |
| B08ZDB7J2W | | 1 | $26.48 | 1 | |
| B08ZDBDPWJ | | 1 | $4.22 | 1 | |
| B08ZDBDPWQ | | 1 | $31.55 | 1 | |
| B08ZDBV4YP | | 1 | $26.48 | 1 | |
| B08ZDCHJJF | | 1 | $3.16 | 1 | |
| B08ZDCVPYB | Women's Casual Gradient U-Neck Sleeveless Plus Size Summer Spaghetti Strap Dress Tie Dye Maxi Dress for Women, Summer Casual Sleeveless Long Dresses 015 XXL | 1 | $12.86 | 1 |  |
| B08ZDD7QR9 | | 1 | $3.16 | 1 | |
| B08ZDD8N8K | | 1 | $63.62 | 1 | |
| B08ZDDHD33 | | 1 | $30.60 | 1 | |
| B08ZDDKQCW | | 1 | $37.99 | 1 | |
| B08ZDDNQSK | | 1 | $42.00 | 1 | |
| B08ZDDP62H | | 1 | $49.18 | 1 | |
| B08ZDG13XJ | | 1 | $49.18 | 1 | |
| B08ZDG9SZV | | 1 | $42.84 | 1 | |
| B08ZDGVC4K | | 1 | $9.70 | 1 | |
| B08ZDHD8R2 | | 1 | $18.73 | 1 | |
| B08ZDHNTRB | | 1 | $46.99 | 1 | |
| B08ZHPGLNC | | 2 | $6.32 | 1 | |
| B08ZK4Z5G3 | | 1 | $53.99 | 1 | |
| B08ZK6DP4B | | 1 | $50.02 | 1 | |
| B0911RX9K5 | | 1 | $18.43 | 1 | |
| B0911XC378 | | 1 | $18.26 | 1 | |
| B09128GS2P | | 1 | $16.99 | 1 | |
| B0912XHKT4 | | 1 | $20.25 | 1 | |
| B09133M187 | | 1 | $18.26 | 1 | |
| B0915T1XF1 | | 1 | $17.35 | 1 | |

| | | | | | |
|---|---|---|---|---|---|
| B0915TS47X | | 1 | $22.52 | 1 | |
| B0919SCYX8 | | 1 | $5.42 | 1 | |
| B091BLH6CD | 2pc Yoga Shorts Sports Gym Ruched Butt Lifting Workout Running Hot Leggings | 1 | $29.38 | 1 | |
| B091BN178W | 2pc Yoga Shorts Sports Gym Ruched Butt Lifting Workout Running Hot Leggings | 1 | $29.60 | 1 | |
| B091BPJ51S | 2pc Yoga Shorts Sports Gym Ruched Butt Lifting Workout Running Hot Leggings | 1 | $29.38 | 1 | |
| B091BPX2PW | 2pc Yoga Shorts Sports Gym Ruched Butt Lifting Workout Running Hot Leggings | 1 | $28.90 | 1 | |
| B091BRMK8Z | 2pc Yoga Shorts Sports Gym Ruched Butt Lifting Workout Running Hot Leggings | 1 | $28.90 | 1 | |
| B091G9YGQ9 | Summer Love Prints Loose Tops Floral Blouse Summer Blouses for Women Summer Tops Blue S | 1 | $6.99 | 1 | |
| B091GTVXZ2 | | 1 | $24.19 | 1 | |
| B091GWQQL6 | YIISU Women's Dresses Summer Wrap Bohemian Floral Printed Ruffle Hem Short Sleeve Beach Mini Dress | 1 | $24.40 | 1 | |
| B091HLG5FR | | 1 | $21.36 | 1 | |
| B091HMCPFD | | 1 | $21.36 | 1 | |
| B091SS57VB | Casual Sleeveless Blouse Boho Clothing Sexy Summer Blouses Womens Tops Match Sandals Wine M | 1 | $6.99 | 1 | |
| B091TC7SRT | | 1 | $5.32 | 1 | |

| | | | | |
|---|---|---|---|---|
| B091TDC2S1 | 6 Pairs Reusable Eyeliner Stickers Reusable Eyelid Makeup Stickers Instant Outline Sparkling Eyeliner Eye Shadow Easy Quick Application,No Smudge Design (003) | 1 | $7.16 | 1 |  |
| B091XMXDSR | | 1 | $49.57 | 1 | |
| B091XMXDSR | | 1 | $45.03 | 1 | |
| B091YRRLD1 | | 1 | $38.15 | 1 | |
| B0921MX77S | Women's V-Neck Flared Sleeve Loose Plus Dresses Floral Dress Spring Dress for Women 2021 Casual Sun Dresses Yellow XL | 1 | $32.99 | 1 |  |
| B0922MWDHB | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 012 S | 1 | $49.29 | 1 |  |
| B0922Q2WFD | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 006 XL | 1 | $51.70 | 1 |  |
| B0922QBBRM | | 1 | $50.18 | 1 | |
| B0922R6QMK | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 005 S | 1 | $50.99 | 1 |  |

| | | | | |
|---|---|---|---|---|
| B0922RD3G3 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 007 L | 1 | $51.68 | 1 |
| B0922RGQD6 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 001 M | 1 | $50.29 | 1 |
| B0922RNDVM | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 013 XL | 1 | $52.99 | 1 |
| B0922RP8Z1 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 014 M | 1 | $50.29 | 1 |
| B0922RPJDS | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 010 L | 1 | $50.54 | 1 |

| | | | | |
|---|---|---|---|---|
| B0922RTK88 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 004 M | 1 | $52.31 | 1 |  |
| B0922RWBRR | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 007 M | 1 | $51.30 | 1 |  |
| B0922RWPKJ | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 018 S | 1 | $49.58 | 1 |  |
| B0922RZWJ6 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 012 L | 1 | $50.18 | 1 |  |
| B0922S8KNL | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 004 L | 1 | $52.39 | 1 |  |

| | | | | |
|---|---|---|---|---|
| B0922T72X8 | YIISU Two Piece Swimsuits for Women High Waisted Bikini Swimsuit 2021 Bathing Suits for Summer Beach Swimwear Bikinis 016 L | 1 | $50.38 | 1 |  |
| B092618G11 | Tank Tops for Women Crop Tops Wide Leg Pants Set Jumpsuits Two Piece Outfits Sleeveless Cute Tops+Women's Pants Summer Outfits for Women Orange S | 1 | $4.36 | 1 |  |
| B0928734R4 | Sexy Sleeveless Beach Dress Sleeve Solid Print Mini Dress Womens Summer Floral Wrap V Neck Casual Dresses Black XXL | 1 | $4.30 | 1 |  |
| B0928B2PCG | Wedding Guest Dress Womens Summer Dresses Sun Dresses Women Beach Dress Boho Dress Sundress Sky Blue XL | 1 | $44.78 | 1 |  |
| B092J18NC9 | Women's Sleeveless Loose Plain Dresses Casual Short Dress with Pockets Sun Dresses Women Casual Summer Yellow M | 1 | $13.99 | 1 |  |
| B092VGL4T7 | Womens Sleeveless Floral Loose Fit Ruffle Summer Beach Mini Dress White Maxi Dress Sundress Women 006 XL | 1 | $37.99 | 1 |  |

| | | | | |
|---|---|---|---|---|
| B092VHZZF8 | Deep V-Neck Casual Dress Summer Backless Floral Print/Solid Split Maxi Dress for Beach Party Midi Dress Boho Dress Womens Dresses Wine L | 1 | $16.26 | 1 |  |
| B092VJ64SR | | 1 | $15.09 | 1 | |
| B0931SS4SP | YIISU Women's Sleeveless Loose Plain Dresses Casual Short Dress with Pockets Floral Dress Womens Summer Dresses Flower XXL | 1 | $54.96 | 1 |  |
| B093BP23GY | | 1 | $40.71 | 1 | |
| B093GSSWKK | Halter Dress Sun Dresses Vintage Dresses for Women Boho Maxi Dress Maxi Dresses for Women Red XXL | 1 | $11.62 | 1 |  |
| B093GT2PW7 | YIISU Formal Dresses for Wedding Guest Summer Dresses for Women Plus Size Dresses for Women Cute Dresses Elegant Green XXL | 1 | $10.99 | 1 |  |
| B093GXK9FZ | Long Maxi Dress Women's Plus Dresses Flowy Dress for Women Womens Sundresses Red XXXL | 1 | $11.90 | 1 |  |
| B093Q2611G | | 1 | $47.98 | 1 | |
| B093Q2G3GY | Sundress Women Off The Shoulder Dress Flowy Dress for Women Dark Blue M | 1 | $44.99 | 1 |  |

| | | | | |
|---|---|---|---|---|
| B093Q3Q2JC | Dresses Swing Elastic Sundress with Pockets Womens Casual Dresses Women's Plus Dresses Black XL | 1 | $46.75 | 1 |  |
| B093Q413QW | | 1 | $46.75 | 1 | |
| B094CYC1YG | | 1 | $18.88 | 1 | |
| B094CYM7RV | | 1 | $26.88 | 1 | |