IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALI GEGE STORE, et al., <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

### DECLARATION OF JAKE M. CHRISTENSEN

I, Jake M. Christensen, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Bludgeon Riffola Ltd. ("Plaintiff" or "Bludgeon Riffola"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Defendant operates the e-commerce store named "Womens Dresses -YIISU" on the Amazon.com platform ("Defendant's E-Commerce Store"). Defendant's E-Commerce Store advertised, offered for sale, and sold the product shown in Figure 1 bearing infringing and counterfeit versions of the DEF LEPPARD Trademarks ("Counterfeit Product").



*Figure 1 – Counterfeit Product*

A true and correct copy of screenshots of Defendant's E-Commerce Store selling the Counterfeit Product is attached hereto as **Exhibit 1**.

3. **Exhibit 2** attached hereto is a true and correct copy of an excerpt of the transcript from the August 2, 2021 hearing in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 4th day of October 2022 at Chicago, Illinois.

/s/ Jake M. Christensen
Jake M. Christensen
Plaintiff Bludgeon Riffola Ltd.