# Exhibit 1

















