IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., | |
| Plaintiff, | Case No. 21-cv-02525 |
| v. | Honorable Gary Feinerman |
| Womens Dresses -YIISU, | |
| Defendant(No.121). | |

FILED 10/17/2022 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Supplemental Motion to Vacate Preliminary Injunction

Defendant Womens Dresses -YIISU( "I" or "Defendant"), by itself, submits this Supplemental Motion to Vacate Preliminary Injunction.

In the lawsuit, Defendant filed its Motion to Vacate Preliminary Injunction[96], the Court set a schedule that Plaintiff shall respond by October 4, 2022, and Defendant shall reply by October 18, 2022[130].

However, so far, Plaintiff has not filed response to Defendant's Motion[96], Plaintiff's failure to submit Response should be deemed as a voluntary waiver of the objection to vacate preliminary injunction.

As such, Defendant respectfully requests the Court vacate Preliminary Injunction and return funds to Defendant.

Dated: October 17, 2022.  Respectfully Submitted
/s/房红芳(Fang Hong Fang)
**Email:**johnseller@yeah.net;
**Address:** one city center, Donghuan 1st Road, Longhua District, Shenzhen,China.
**Phone Number:**151-3558-6336

1