IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALI GEGE STORE, et al., <br><br> Defendants. | Case No. 21-cv-02525 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Beth W. Jantz** |

**PLAINTIFF'S STATUS REPORT IN RESPONSE TO DEFENDANT'S
SUPPLEMENTAL MOTION TO VACATE PRELIMINARY INJUNCTION**

Plaintiff Bludgeon Riffola Ltd. ("Plaintiff"), by its counsel, submits the following status report in response to defendant Womens' Dresses -YIISU's ("Defendant") Supplemental Motion to Vacate Preliminary Injunction [134].

Defendant asserts that Plaintiff has failed to file a timely response to his Motion to Vacate Preliminary Injunction [96] ("Motion"). However, any previous briefing schedule for Defendant's Motion was superseded by the Court's Order [130], which ruled that "Defendant's motion to vacate preliminary injunction [96] is entered and continued." As discussed at the September 13, 2022 hearing, which Defendant chose to not attend, the Motion was entered and continued until Plaintiff's Motion to Compel [127] is resolved. Accordingly, any assertion by Defendant that Plaintiff missed a deadline to respond is without merit.

1

Dated this 17th day of October 2022.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the parties of record in this case, including Defendant Womens Dresses -YIISU.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Bludgeon Riffola Ltd.*