## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Bludgeon Riffola Ltd.

                                                      Plaintiff,

v.                                                                 Case No.: 1:21−cv−02525

                                                                 Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 28, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Status hearing set for 12/6/2022 at 9:00 a.m. Motion to dismiss Plaintiff's complaint [117], Plaintiff's motion to compel discovery responses [127], Supplemental motion to vacate preliminary injunction [134] are taken under advisement. Attorneys/Parties should appear for the 12/6/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.