**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**ORDER OF THE EXECUTIVE COMMITTEE**


The Honorable Gary S. Feinerman will resign his Commission as a United States District Judge effective December 31, 2022.

IT IS HEREBY ORDERED That the civil cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

IT IS ALSO ORDERED That any civil case that was assigned to the Honorable Gary S. Feinerman and may require further judicial action in the future, shall be reassigned by lot to a judge of this Court.


**ENTER:
FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge


Dated at Chicago, Illinois this 28th day of December, 2022

1

**Civil Cases Reassigned from Judge Feinerman to Judge Alonso**

| | |
|---|---|
| 1:17-cv-07934 | American Inter-Fidelity Exchange v. Rypninskyi et al |
| 1:20-cv-01369 | Thuet et al v. Chicago Public Schools, et al |
| 1:20-cv-01444 | Amor v. John Reid & Associates, Inc. et al |
| 1:21-cv-01367 | Correa v. OTTO Engineering Inc. |
| 1:21-cv-04271 | Trustees of the Chicago Regional Council of Carpenters Pension Fund et al v. C&S Carpentry, LLC et al |
| 1:21-cv-05336 | Svoboda v. Amazon.com Inc. et al |
| 1:22-cv-01181 | Morseberger et al v. ATI Holdings, LLC, et al |
| 1:22-cv-03433 | Wolff v. Patina Solutions Group, Inc. et al |
| 1:22-cv-05440 | Martin v. Federal Bureau Of Prisons et al |
| 1:22-cv-06269 | Buxton v. 1237 Fullerton LLC et al |

**Civil Cases Reassigned from Judge Feinerman to Judge Blakey**

| | |
|---|---|
| 1:18-cv-01991 | Frazier et al v. Jeffreys |
| 1:18-cv-06306 | Homeland Insurance Company of New York v. Health CareServiceCorporation |
| 1:20-cv-03224 | Reverse Mortgage Solutions, Inc. v. American Portfolio Mortgage Corporation |
| 1:21-cv-02906 | Carpenter v. McDonald's Corporation |
| 1:21-cv-06140 | Bell v. Technicraft Collision Repair Experts, LLC |
| 1:22-cv-01726 | Jackson v. Peon et al |
| 1:22-cv-03533 | Baker v. Will County Sheriff Mike Kelley et al |
| 1:22-cv-04918 | Watkins Green v. City of Chicago et al |
| 1:22-cv-05671 | Rojas v. Telemarketer Displaying Caller ID of 302-660-0673 |
| 1:22-cv-06459 | Jackson v. Kijakazi |

**Civil Cases Reassigned from Judge Feinerman to Judge Bucklo**

| | |
|---|---|
| 1:19-cv-00775 | Gaines v. Chicago Board Of Education et al |
| 1:20-cv-03782 | Jenkins, individually and on behalf of all others similarly situated v. Regal Cinemas, Inc. |
| 1:21-cv-02525 | Bludgeon Riffola Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:21-cv-02939 | Walker v. City of Markham |
| 1:21-cv-06288 | Navarro v. City of Aurora, Illinois et al |
| 1:22-cv-03550 | Lewis v. Royal Die and Stamping Co., Inc. |
| 1:22-cv-04962 | Midland National Life Insurance Company v. Rivers et al |
| 1:22-cv-05683 | White v. Experian Information Solutions, Inc. |
| 1:22-cv-06482 | Vinet v. Chadek et al |

**Civil Cases Reassigned from Judge Feinerman to Judge Chang**

| | |
|---|---|
| 1:20-cv-00887 | Central States, Southeast and Southwest Areas Pension Fund et al v. Oudenhoven Construction, Inc. |
| 1:21-cv-00560 | Massey Jr. v. Hardy et al |
| 1:21-cv-03901 | Gillette v. Rush University Medical Center |
| 1:22-cv-00714 | Wescott v. Block et al |
| 1:22-cv-00884 | Pedersen v. Dearborn Life Insurance Company |

| 1:22-cv-02659 | Chicago Teachers Union, Local 1, IFT-AFT et al v. Educators for Excellence, Inc. |
| 1:22-cv-04574 | Fisher v. City of Chicago et al |
| 1:22-cv-05325 | Newbery et al v. Samsung Electronics America, Inc. |
| 1:22-cv-06133 | Central States, Southeast and Southwest Areas Pension Fund et al v. Event Media Inc. d/b/a Complete Crewing |
| 1:22-cv-06660 | Swirlate IP LLC v. RAB Lighting Inc. |

**Civil Cases Reassigned from Judge Feinerman to Judge Coleman**

| 1:19-cv-01099 | Colvin v. City Of Chicago et al |
| 1:20-cv-03900 | Murch v. Sun Life Assurance Company of Canada |
| 1:21-cv-03122 | Lattuca v. John Paul Mitchell Systems |
| 1:21-cv-06306 | Northwestern Memorial Healthcare v. Anthem Insurance Companies, Inc. et al |
| 1:22-cv-01876 | Randazzo v. The Ides of March, LLC et al |
| 1:22-cv-03581 | Enciso v. XPO Logistics |
| 1:22-cv-05067 | Thomas et al v. ARC Automotive, Inc. et al |
| 1:22-cv-05693 | Ramirez v. Financial Recovery Services, Inc. |
| 1:22-cv-06512 | Gibbs v. Joliet Staffing, LLC et al |

**Civil Cases Reassigned from Judge Feinerman to Judge Durkin**

| 1:20-cv-01440 | Kennedy v. Chicago |
| 1:21-cv-01304 | Huntington National Bank, The v. Bobby's Lincoln Park LLC et al |
| 1:21-cv-04801 | Abdelhamid v. Walmart Inc. |
| 1:22-cv-01179 | Stegmann v. PetSmart LLC |
| 1:22-cv-03287 | Rucker v. Bushue Human Resources, Inc. |
| 1:22-cv-04471 | Travis v. Village Of Maywood et al |
| 1:22-cv-04780 | Gudani v. Graphic Packaging International |
| 1:22-cv-05431 | Bynum et al v. City Of Chicago et al |
| 1:22-cv-06247 | Citizens Insurance Company of America et al v. LSL Industries, Inc. et al |

**Civil Cases Reassigned from Judge Feinerman to Judge Ellis**

| 1:17-cv-00204 | Savory v. Cannon et al |
| 1:20-cv-02845 | Willich v. Takeda Pharmaceuticals U.S.A., Inc. et al |
| 1:21-cv-01929 | Wilson v. AIM Specialty Health |
| 1:21-cv-05598 | Lopez v. Cervantes, et al |
| 1:22-cv-01587 | Brady v. City of Chief of Police Brent Roalson, et al |
| 1:22-cv-03448 | Lewis v. Dejoy |
| 1:22-cv-04851 | O'Neil v. Bloomin' Brands, Inc. et al |
| 1:22-cv-05563 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified On Schedule A |
| 1:22-cv-06295 | FL, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A, |

**Civil Cases Reassigned from Judge Feinerman to Judge Gettleman**

| 1:21-cv-00569 | Plumbers' Pension Fund Local 130, U.A. et al v. Chicago Pool's Inc et al |

3

| 1:21-cv-04181 | Klein v. Iterum Therapeutics plc et al |
| 1:22-cv-00897 | Moody v. Graham et al |
| 1:22-cv-02728 | Trustees of the Mid-America Carpenters Regional Council Pension Fund et al v. Innovated Flooring, Inc. |
| 1:22-cv-04215 | Sipi Metals Corp v. Aransas Pass Precious Metal Recovery LLC et al |
| 1:22-cv-05338 | Noren v. Walmart Inc. |
| 1:22-cv-06201 | Allison v. TransUnion LLC |
| 1:22-cv-06679 | Strebel, et al v. Scoular |

### Civil Cases Reassigned from Judge Feinerman to Judge Gottschall

| 1:20-cv-00905 | Shea v. Landsberg Orora, Inc., et al |
| 1:22-cv-00871 | Garcia et al v. Haji et al |
| 1:22-cv-05307 | Coleman v. Dakkota Integrated Systems, LLC |
| 1:22-cv-06002 | Hulais v. United States Department of State et al |

### Civil Cases Reassigned from Judge Feinerman to Judge Guzman

| 1:18-cv-01255 | Levy v. Shulkin |
| 1:22-cv-00837 | Anderson v. Lawrence Hall Youth Services |
| 1:22-cv-04238 | Luchtenburg v. Forrester Research, Inc. |
| 1:22-cv-04482 | Arroyo et al v. Fifth Third Bank, N.A. |
| 1:22-cv-05918 | England Logistics, Inc v. ARB Transportation, Inc. et al |

### Civil Cases Reassigned from Judge Feinerman to Judge Kendall

| 1:19-cv-04782 | Barhoumeh v. Wilkie |
| 1:20-cv-02918 | Harrison v. City Of Chicago et al |
| 1:20-cv-06914 | Cullum v. Wondrasek et al |
| 1:21-cv-02228 | Lee v. Diaz et al |
| 1:21-cv-05752 | Khanna v. Banks et al |
| 1:22-cv-03449 | Kaslyn v. County of Kendall et al |
| 1:22-cv-04874 | HOWARD v. Dollar Tree Stores, Inc. |
| 1:22-cv-05566 | Dache v. Information Systems Audit and Control Association Inc., et al. |
| 1:22-cv-06346 | Cohan v. Gateway 1, LLC. |

### Civil Cases Reassigned from Judge Feinerman to Judge Kennelly

| 1:21-cv-00112 | Williams v. Illinois Department of Human Services |
| 1:21-cv-03647 | De Hoyos v. Northeast Illinois Regional Commuter Railroad Corporation |
| 1:22-cv-00877 | Spann v. Krewer et al |
| 1:22-cv-02357 | Shiba v. Mayorkas |
| 1:22-cv-04481 | Negrete v. Dart et al |
| 1:22-cv-05264 | Hamed v. MAYORKAS et al |
| 1:22-cv-05905 | Ortega et al v. Barragon Demolition & Construction, Inc.  et al |
| 1:22-cv-06621 | GS Holistic, LLC v. Bismillah Management, Inc et al |

### Civil Cases Reassigned from Judge Feinerman to Judge Kness

| 1:19-cv-03204 | Mantissa Corporation v. FiServ Solutions, LLC |
| 1:20-cv-05156 | Helms-Alcozer v. United States |

| | |
|---|---|
| 1:20-cv-06714 | Stonebridge of Gurnee, LLC v. United States of America |
| 1:21-cv-03640 | Busic v. Orphazyme A/S et al |
| 1:21-cv-06756 | Duff et al v. Rosenberg et al |
| 1:22-cv-02272 | Route Guidance Systems LLC v. Grubhub Inc. |
| 1:22-cv-03906 | Sanchez v. Pita Plus, Inc. et al |
| 1:22-cv-05210 | Beckley v. Cleveland Hardware and Forging Company et al |
| 1:22-cv-06596 | Evans v. United Parcel Service |

## Civil Cases Reassigned from Judge Feinerman to Judge Kocoras

| | |
|---|---|
| 1:19-cv-01544 | Saxton v. Wolf |
| 1:20-cv-06572 | McDonald v. DuPage Public Safety Communications d/b/a DU-COMM |
| 1:22-cv-00366 | Barcenas et al v. Rush University Medical Center et al |
| 1:22-cv-00675 | Brown v. Chicago Transit Authority et al |
| 1:22-cv-04053 | Ace American Insurance Co. v. H&K International, Inc. et al |
| 1:22-cv-04110 | Mensah v. Wolters Kluwer, Inc. |
| 1:22-cv-05085 | Great American Alliance Insurance Company v. Visionary Sleep, LLC et al |
| 1:22-cv-05887 | Fabiyi v. First Student Management et al |
| 1:22-cv-05902 | Holmes v. City of Chicago et al |
| 1:22-cv-06115 | Powell v. Digby's Detective and Security Agency, Inc. |

## Civil Cases Reassigned from Judge Feinerman to Judge Lefkow

| | |
|---|---|
| 1:20-cv-06054 | Adebowale v. City of Chicago et al |
| 1:22-cv-00112 | Argento SC by Sicura, Inc. v. Turtle Wax, Inc. et al |
| 1:22-cv-03613 | Vargas v. Commonwealth Edison Co. |
| 1:22-cv-05874 | Loving v. Rose Paving, LLC |
| 1:22-cv-06083 | Sava et al v. 21st Century Spirits, LLC et al |

## Civil Cases Reassigned from Judge Feinerman to Judge Leinenweber

| | |
|---|---|
| 1:19-cv-02504 | Moore v. Club Exploria, LLC et al |
| 1:22-cv-00029 | Florsheim v. Funkhouser Vegosen Liebman & Dunn Ltd. et al |
| 1:22-cv-00881 | Falls v. Advocate Aurora Health d/b/a Christ Medical Center |
| 1:22-cv-03987 | Advanced Physical Medicine of Yorkville, Ltd. v. Allied Benefit Systems, Inc. et al |
| 1:22-cv-05790 | Claybon v. City of Chicago et al |

## Civil Cases Reassigned from Judge Feinerman to Judge Maldonado

| | |
|---|---|
| 1:20-cv-04595 | Kelley-Lomax v. City Of Chicago et al |
| 1:20-cv-05948 | Hampton v. Mendrick et al |
| 1:21-cv-06624 | Jane Doe v. Fenix Internet, LLC |
| 1:22-cv-02193 | Clarity Laboratories LLC v. Morris SNF Management, LLC |
| 1:22-cv-03695 | American Airlines, Inc. v. The Individuals and Entities associated with the domains identified in Exhibit A. |
| 1:22-cv-05160 | Paynter v. BG Medical, LLC et al |
| 1:22-cv-05747 | Smith v. Truitt |

1:22-cv-06046       Harris v. City of Chicago et al
1:22-cv-06579       Banks v. Gray Solutions, LLC
1:22-cv-06630       Alta Waterford LLC v. Clearday, Inc.

## Civil Cases Reassigned from Judge Feinerman to Judge Pacold

1:17-cv-01890       Restoration Services LLC et al v. R&R BoardWalk, LLC et al
     1:21-cv-01218       Restoration Services, LLC et al v. R&R BoardWalk, LLC et al
1:20-cv-01130       Mansoori v. City of Chicago, et al
1:21-cv-01166       Q Excelsior Italia SRL v. Zurich American Insurance Company
1:21-cv-04521       Stanley v. Wills
1:22-cv-00978       Clarson et al v. Greco Contractors, Inc. et al
1:22-cv-03003       Strong v. Truitt et al
1:22-cv-04690       Garibay v. Lake County Jail et al
1:22-cv-05361       Macklin v. Amazon.com Services, LLC
1:22-cv-06222       GS Holistic, LLC v. Windy City Smoke Shop Inc., et al
1:22-cv-06744       Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A

## Civil Cases Reassigned from Judge Feinerman to Judge Pallmeyer

1:20-cv-00421       Doorage Inc. v. Blue Crates LLC
1:20-cv-05280       Cook v. Wexford Healthcare Services et al
1:21-cv-06933       Gass v. ABC Bartending LLC et al
1:22-cv-03945       Art Ask Agency v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto
1:22-cv-05770       United States of America v. Cloonan et al

## Civil Cases Reassigned from Judge Feinerman to Judge Rowland

1:16-cv-02827       Cooper v. Retrieval-Masters Creditors Bureau, Inc.
1:17-cv-08547       Safari Childcare Inc et al v. Penny et al
1:20-cv-02824       Pickett v. Nicholson et al
1:21-cv-01600       Maria DiFranco, as the Independent Administrator of the Estate of Marco DiFranco v. City of Chicago, a municipal corporation
1:21-cv-05587       Kalich et al v. National-Standard Company Targeted Retirement Benefit Plan, et. al.
1:22-cv-01194       Central DuPage Hospital Association v. Blue Cross and Blue Shield of Massachusetts, Inc. et al
1:22-cv-03442       Soberanis v. Fyr Construction, Inc. et al
1:22-cv-04844       Portage Theater LLC v. General Star Indemnity Company
1:22-cv-05526       Team Humanity, NGO v. Team Humanity, USA et al
1:22-cv-06294       SkyBitz Tank Monitoring Corporation et al v. Fleetwing Corporation

## Civil Cases Reassigned from Judge Feinerman to Judge Seeger

1:20-cv-01045       Scatchell v. Villlage of Melrose Park et al
1:21-cv-01148       Arroyo v. City of Chicago Police Dept.
1:21-cv-04410       Thomas v. Wexford Health et al
1:22-cv-00977       River Grove Plaza Inc. v. Owners Insurance Company

| | |
|---|---|
| 1:22-cv-02933 | Schon v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unidentified Associations Identified on Schedule A |
| 1:22-cv-04629 | Cuello v. Daniel |
| 1:22-cv-05342 | Dyson Technology Limited v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:22-cv-06212 | Pension Fund of Cement Masons' Union Local Union No. 502 et al v. Onus Construction, Inc. et al |
| 1:22-cv-06731 | Central States, Southeast and Southwest Areas Pension Fund et al v. W. N. Daul Transfer Lines, Inc. |

## Civil Cases Reassigned from Judge Feinerman to Judge Shah

| | |
|---|---|
| 1:19-cv-04892 | Fischer et al v. Instant Checkmate LLC. |
| 1:20-cv-04577 | Mish International Monetary Inc. v. Vega Capital London, Ltd. et al |
| 1:21-cv-00552 | Jarolin-Bogert v. Cook County |
| 1:21-cv-03229 | Kashkeesh v. Microsoft Corporation |
| 1:21-cv-03880 | Clark v. Koziol |
| 1:21-cv-06364 | Hines v. Abbott Laboratories |
| 1:22-cv-02464 | International Union of Operating Engineers, Local 150, AFL-CIO v. Crystal Concrete, Inc. |
| 1:22-cv-05732 | Saddiqui et al v. NABET-CWA, AFL-CIO, CLC et al |
| 1:22-cv-06517 | Smith v. Dart et al |

## Civil Cases Reassigned from Judge Feinerman to Judge Tharp

| | |
|---|---|
| 1:17-cv-08150 | Upaid Systems, Ltd. v. Card Concepts, Inc. |
| 1:18-cv-03872 | Hayes v. White et al |
| 1:20-cv-03088 | Verboom Curry et al v. The Boeing Company |
| 1:21-cv-02756 | F. v. Martin et al |
| 1:21-cv-05763 | Carpenters Pension Fund of Illinois et al v. Calacci Construction Co., Inc. |
| 1:22-cv-01639 | Hartsfield v. Verizon Wireless |
| 1:22-cv-03458 | Spann v. Gomez et al |
| 1:22-cv-04899 | Ridwan et al v. The Boeing Company |
| 1:22-cv-05660 | Lawrence v Trax Records, Inc. et al |
| 1:22-cv-06410 | Bigfoot 4x4, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Feinerman to Judge Valderrama

| | |
|---|---|
| 1:20-cv-00911 | Mason v. Miles et al |
| 1:21-cv-00814 | James v. Surane |
| 1:21-cv-04311 | Trainauskas v. Jacob et al |
| 1:22-cv-00919 | Etienne v. City of Chicago et al |
| 1:22-cv-01968 | Sandoval v. PMJ ENTERPRISES INC et al |
| 1:22-cv-02838 | Diggs v. City of Chicago et al |
| 1:22-cv-04618 | Ejeh v. Hartford Life and Accident Insurance Compny |
| 1:22-cv-06211 | Espino v. All Concrete Chicago, Inc. et al |
| 1:22-cv-06724 | Phillips v. RSM US LLP |

## Civil Cases Reassigned from Judge Feinerman to Judge Wood

| | |
|---|---|
| 1:17-cv-03591 | Boim et al v. American Muslims for Palestine et al |
| 1:22-cv-06085 | Boim et al v. American Muslims for Palestine et al |
| 1:20-cv-01158 | Norix Group, Inc. v. Correctional Technologies, Inc. et al |
| 1:21-cv-04632 | Khader v. Samsung Electronics America, Inc. et al |
| 1:22-cv-00997 | Atkins et al v. NextLevel Association Solutions, Inc. et al |
| 1:22-cv-03135 | Stanley Black & Decker, Inc. et al v. JCB Inc. et al |
| 1:22-cv-04772 | Boyer et al v. Abbott Vascular, Inc., et al |
| 1:22-cv-05418 | Ubisoft Entertainment, S.A. and Ubisoft, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-06015 | Pierre-Michel Seri v. Will County Adult Detention Facility et al |
| 1:22-cv-06232 | Strike 3 Holdings, LLC v. Doe, subscriber assigned IP Address 75.15.251.213 |